Fill in this information to identify the case:

United States Bankruptcy Court for the:
Eastern District of Massachusetts (State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: New England Confectionery Company, Inc.

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown
   26-1509879
   EIN

5. Debtor's address

   **Principal place of business**
   135 American Legion Highway
   Number    Street

   Revere       MA    02151
   City         State   ZIP Code

   Suffolk County
   County

   **Mailing address, if different**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

Official Form 205       Involuntary Petition Against a Non-Individual       page 1

Debtor  New England Confectionery Company, Inc.                Case number (if known) _____
       Name

| 6. Debtor's website (URL) | www.necco.com |

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                    MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                    MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor: New England Confectionery Company, Inc.

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Americraft Carton, Inc. | Goods sold and delivered | $ 599,693.52 |
| Ungermans Packaging Solutions | Goods sold and delivered | $ 532,278.50 |
| Genpro, Inc. | Business debt | $ 493,722.46 |
| | Total of petitioners' claims | $ 1,625,694.48 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Americraft Carton, Inc.
Name
7400 State Line Road, Ste. 206
Number  Street
Prairie Village    KS    66208
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any
C. Allen Booe
Name
7400 State Line Road, Ste. 206
Number  Street
Prairie Village    KS    66208
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 04/02/18
MM /DD /YYYY

x C. Allen Booe    VICE President - Finance
Signature of petitioner or representative, including representative's title

**Attorneys**

Christopher Candon, Esq.
Printed name
Sheehan Phinney Bass & Green, PA
Firm name, if any
255 State Street
Number  Street
Boston    MA    02109
City    State    ZIP Code
Contact phone 617-897-5600    Email ccandon@sheehan.com
Bar number 650855
State MA

x /s/ Christopher Candon
Signature of attorney
Date signed 04/02/18
MM /DD /YYYY

**Debtor:** New England Confectionery Company, Inc.

**Case number:**

---

**Name and mailing address of petitioner**
Ungermans Packaging Solutions
Name
1699 Highway #1
Number   Street
Fairfield       Iowa       52556
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**
Alan Unger
Name
1699 Highway #1
Number   Street
Fairfield       Iowa       52556
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 04/02/18
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

John J. Dussi, Esq.
Printed name
Cohn & Dussi, LLC
Firm name, if any
500 West Cumming Park, Ste. 2350
Number   Street
Woburn            MA       01801
City              State    ZIP Code
Contact phone: 781-494-0200   Email: jdussi@cohnanddussi.com
Bar number: 546355
State: MA

X _____
Signature of attorney

Date signed: _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**
Genpro, Inc.
Name
201 Route 17 North, Ste. 400
Number   Street
Rutherford      NJ       07070
City            State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Robert Goldstein
Name
201 Route 17 North, Ste. 400
Number   Street
Rutherford      NJ       07070
City            State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 04/02/18
MM / DD / YYYY

X _____ *(signature)*
Signature of petitioner or representative, including representative's title

---

Joseph L. Schwartz, Esq.
Printed name
Riker, Danzig, Scherer, Hyland & Perretti LLP
Firm name, if any
One Speedwell Avenue
Number   Street
Morristown        NJ       07962
City              State    ZIP Code
Contact phone: 973-451-8508   Email: jschwartz@riker.com
Bar number: 037161991
State: New Jersey

X _____ *(signature)*
Signature of attorney
Date signed: 04/02/18
MM / DD / YYYY

---

**Debtor** New England Confectionery Company, Inc.

Case number (if known) _____

**Name and mailing address of petitioner**
Ungermans Packaging Solutions
Name

1699 Highway #1
Number    Street

Fairfield        Iowa    52556
City            State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Alan Unger
Name

1699 Highway #1
Number    Street

Fairfield        Iowa    52556
City            State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/02/18
MM / DD / YYYY

X _Alan Unger_ (signature)
Signature of petitioner or representative, including representative's title

John J. Dussi, Esq.
Printed name

Cohn & Dussi, LLC
Firm name, if any

500 West Cumming Park, Ste. 2350
Number    Street

Woburn            MA    01801
City            State    ZIP Code

Contact phone 781-494-0200    Email jdussi@cohnanddussi.com

Bar number 546355

State MA

X _(signature)_
Signature of attorney

Date signed 04/02/18
MM / DD / YYYY

**Name and mailing address of petitioner**
Genpro, Inc.
Name

201 Route 17 North, Ste. 400
Number    Street

Rutherford        NJ    07070
City            State    ZIP Code

**Name and mailing address of petitioner's representative, if any**
Robert Goldstein
Name

201 Route 17 North, Ste. 400
Number    Street

Rutherford        NJ    07070
City            State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/02/18
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Joseph L. Schwartz, Esq.
Printed name

Riker, Danzig, Scherer, Hyland & Perretti LLP
Firm name, if any

One Speedwell Avenue
Number    Street

Morristown        NJ    07962
City            State    ZIP Code

Contact phone 973-451-8506    Email jschwartz@riker.com

Bar number 037161991

State New Jersey

X _____
Signature of attorney

Date signed 04/02/18
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

## OFFICIAL FORM 7

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

In re

NEW ENGLAND CONFECTIONERY
COMPANY, INC.

Debtor.

## DECLARATION OF ELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

I, C. Allen Booe, Vice President of Finance of Americraft Carton, Inc. hereby declare under penalty of perjury that all of the information contained in my:

- __X__ Involuntary Petition
- _____ Chapter 13 Plans
- _____ Amended Plan
- _____ Amended Schedules
- _____ Application to Employ
- _____ Affidavit
- _____ Corporate Vote
- _____ Verified Complaint (Adversary)

filed electronically, is true and correct. I understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case:

Dated: April 2, 2018

_____
C. Allen Booe

4933916v1

OFFICIAL FORM 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

)
In re )
 )
NEW ENGLAND CONFECTIONERY )
COMPANY, INC. )
 )
Debtor )
 )

## DECLARATION OF ELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

I, Robert Goldstein, President of Genpro Inc., hereby declare under penalty of perjury that all of the information contained in my:

- [X] Involuntary Petition
- [ ] Chapter 13 Plans
- [ ] Amended Plan
- [ ] Amended Schedules
- [ ] Application to Employ
- [ ] Affidavit
- [ ] Corporate Vote
- [ ] Verified Complaint (Adversary)

filed electronically, is true and correct. I understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case:

Dated: April 2, 2018

_____
Robert Goldstein

4933916v1

**OFFICIAL FORM 7**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In re          )
               )
New England Confectionery )
Company, Inc. )
               )
     Debtor.   )
               )

**DECLARATION OF ELECTRONIC FILING**

PART I – DECLARATION OF PETITIONER

I, Alan Unger, _President_ of Ungermans Packaging Solutions o/b/o Shanghai Hanchang Printing Co. Ltd., hereby declare under penalty of perjury that all of the information contained in my:

- __X__ Involuntary Petition
- _____ Chapter 13 Plans
- _____ Amended Plan
- _____ Amended Schedules
- _____ Application to Employ
- _____ Affidavit
- _____ Corporate Vote
- _____ Verified Complaint (Adversary)

filed electronically, is true and correct. I understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case:

Dated: 4-1-2018

_____
Alan Unger