UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.,<br><br>      Debtor. | CHAPTER 7<br>CASE NO. 18-11217 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Fed. R. Bankr. P. 9010, the undersigned hereby enters his appearance for interested party, ACAS, LLC, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtors or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002, the undersigned attorney respectfully requests that he be added to the Court's master mailing list.

Respectfully Submitted,

/s/ Daniel C. Cohn
Daniel C. Cohn, Esq. BBO #090780
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
617.457.4000
dcohn@murthalaw.com

DATED:  April 17, 2018

9155419v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.,<br><br>   Debtor. | CHAPTER 7<br>CASE NO. 18-11217 |

### **CERTIFICATE OF SERVICE**

  I, Daniel C. Cohn, hereby certify that on the 17th day of April, 2018, a copy of the Notice of Appearance and Request for Service of Papers was served through the Court's electronic filing system on all parties registered to receive electronic notice.

             /s/ Daniel C. Cohn
             Daniel C. Cohn, Esq. BBO #090780
             Murtha Cullina LLP
             99 High Street
             Boston, MA 02110-2320
             617.457.4000
             dcohn@murthalaw.com