UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.,<br><br>      Debtor. | CHAPTER 7<br>CASE NO. 18-11217 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Fed. R. Bankr. P. 9010, the undersigned hereby enters his appearance for interested party, ACAS, LLC, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtors or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002, the undersigned attorney respectfully requests that he be added to the Court's master mailing list.

                                                            Respectfully Submitted,

                                                            /s/ Jonathan M. Horne
                                                           Jonathan M. Horne, Esq. BBO #673098
                                                           Murtha Cullina LLP
                                                           99 High Street
                                                           Boston, MA 02110-2320
                                                           617.457.4000
                                                           jhorne@murthalaw.com

DATED:  April 17, 2018

9155465v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.,<br><br>      Debtor. | CHAPTER 7<br>CASE NO. 18-11217 |

### CERTIFICATE OF SERVICE

I, Jonathan M. Horne, hereby certify that on the 17th day of April, 2018, a copy of the Notice of Appearance and Request for Service of Papers was served through the Court's electronic filing system on all parties registered to receive electronic notice.

        /s/ Jonathan M. Horne
        Jonathan M. Horne, Esq. BBO #673098
        Murtha Cullina LLP
        99 High Street
        Boston, MA 02110-2320
        617.457.4000
        jhorne@murthalaw.com