Fill in this information to identify the case:

Debtor name: **New England Confectionary Company, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**
Case number (if known): **18-11217**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim – Total claim, if partially secured | Amount of claim – Deduction for value of collateral or setoff | Amount of claim – Unsecured claim |
|---|---|---|---|---|---|---|
| AAK USA INC MANAGING AGENT P.O. BOX 200029 PITTSBURGH, PA 15251-0029 | | Trade Debt | | | | $261,920.33 |
| AMERICRAFT CARTON, INC. MANAGING AGENT PO BOX 83212 CHICAGO, IL 60691-0212 | | Trade Debt | | | | $505,954.35 |
| ATLANTIC - REVERE REALTY LLC C/O ATLANTIC MANAGEMENT CORP 205 NEWBURY ST FRAMINGHAM, MA 01701 | | Trade Debt | | | | $276,287.75 |
| BURDETTE BECKMANN MANAGING AGENT 5851 JOHNSON STREET HOLLYWOOD, FL 33021 | | Trade Debt | | | | $583,103.10 |
| CARGILL INC MANAGING AGENT PO BOX 415927 BOSTON, MA 02241-8954 | | Trade Debt | | | | $352,019.44 |
| CARLIN O'BRIEN MANAGING AGENT 1851 HOWARD ST - M ELK GROVE, IL 60007 | | Trade Debt | | | | $236,531.52 |

Debtor **New England Confectionary Company, Inc.**
Name

Case number *(if known)* **18-11217**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| E.A. BERG & SONS MANAGING AGENT 75 WEST CENTURY ROAD PARAMUS, NJ 07652 | | Trade Debt | | | | $253,584.13 |
| GENERAL CONVERTING INC MANAGING AGENT PO BOX 88460 Chicago, IL 60680 | | Trade Debt | | | | $524,377.07 |
| GENPRO MANAGING AGENT 201 NJ-17 #400 Rutherford, NJ 07070 | | Trade Debt | | | | $475,008.50 |
| INDEPENDENT DAIRY COMMODITIES LLC MANAGING AGENT 1201 CENTRE STREET SUITE 2 EASTON, PA 18042 | | Trade Debt | | | | $144,646.50 |
| NATIONAL GRID MANAGING AGENT PO BOX 11737 NEWARK, NJ 07101-4737 | | Trade Debt | | | | $312,792.24 |
| NEW ENGLAND MOTOR FREIGHT MANAGING AGENT 1-71 North Avenue East Elizabeth, NJ 07201 | | Trade Debt | | | | $514,922.76 |
| NEW ENGLAND WOODEN WARE CORP. MANAGING AGENT 205 SCHOOL STREET STE 201 GARDNER, MA 01440-2781 | | Trade Debt | | | | $602,837.07 |
| NORTH CENTRAL COMPANIES MANAGING AGENT 601 CARLSON PARKWAY #400 MINNETONKA, MN 55305 | | Trade Debt | | | | $257,000.00 |

| Debtor | **New England Confectionary Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SHANGHAI HANCHANG PRINTING** c/o Ungermans Packaging Solutions 1699 Highway #1 Fairfield, IA 52556 | | Trade Debt | | | | $532,278.50 |
| **TEAM EXPRESS INC** 40 Strafello Dr Avon, MA 02322 | | Trade Debt | | | | $166,225.00 |
| **TRANSMAR COMMODITY GROUP MANAGING AGENT 200 SOUTH ST MORRISTOWN, NJ 07960** | | Trade Debt | | | | $294,847.34 |
| **UNICORR PACKAGING GROUP MANAGING AGENT 4282 PAYSPHERE CIRCLE CHICAGO, IL 60674** | | Trade Debt | | | | $248,799.46 |
| **UNITED COCOA PROCESSOR, INC. MANAGING AGENT PO BOX 21064 NEW YORK, NY 10087-1064** | | Trade Debt | | | | $370,502.37 |
| **UNITED SUGAR CORP. MANAGING AGENT SDS 12-0548 P.O. BOX 86 MINNEAPOLIS, MN 55486** | | Trade Debt | | | | $159,599.27 |