UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

New England Confectionery Company, Inc.

Chapter 11
Case No. 18-11217 -MSH

Debtor

### Order Authorizing the United States Trustee to Appoint a Chapter 11 Trustee

Upon the oral motion of the United States trustee to appoint a chapter 11 trustee at the April 19, 2018 hearing, no objections having been raised, the motion is granted. The United States Trustee forthwith shall appoint a chapter 11 trustee and file the necessary approval of the appointment with the Court.

By the Court,

*[signature]*

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: April 19, 2018