# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** New England Confectionery Company, Inc.    **Case Number:** 18-11217    (MSH)    **Ch:** 7

#20 Emergency Motion of Debtor for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (A) Authorizing Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Priority, (C) Authorizing Use of Cash Collateral and Providing for Adequate Protection, (D) Modifying the Automatic Stay, and (E) Scheduling a Final Hearing (S. Moskol)

**COURT ACTION:**

  Show Cause Order          _____ Released          _____ Enforced

_____ Granted          _____ Approved          _____ Moot

_____ Denied          _____ Denied without prejudice

_____ Withdrawn in Open Court

_____ Sustained          _____ Overruled

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted; see separate order.  A further hearing will be held on May 1, 2018, at 2:00 PM.

IT IS SO ORDERED:

_____ Dated: 04/19/2018

Melvin S. Hoffman
United States Bankruptcy Judge