# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** New England Confectionery Company, Inc.     **Case Number:** 18-11217     (MSH)     **Ch:** 7

#34 Motion of Debtor for (I) Emergency Determination of First Day Pleadings and (II) To Approve Sale Notice and Shorten Notice Period Associated with the Sale Motion (S. Moskol)
#49 Objection of Americraft Carton, Inc. (C. Waters)

**COURT ACTION:**

_____ Show Cause Order          _____ Released                 _____ Enforced
_____ Granted                   _____ Approved                 _____ Moot
_____ Denied                    _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained                 _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted as to the First Day Motions only. The remaining requested relief in the motion relating to the proposed sale will be heard on May 1, 2018, at 2:00 PM.

IT IS SO ORDERED:

_____  Dated: 04/19/2018

Melvin S. Hoffman
United States Bankruptcy Judge