UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** New England Confectionery Company, Inc.    **Case Number:** 18-11217    (MSH)    **Ch:** 11

#34 Motion filed by Debtor New England Confectionery Company, Inc. For (I) Emergency Determination of First Day Pleadings and (II) To Approve Sale Notice and Shorten Notice Period Associated with the Sale Motion

**COURT ACTION:**

| Show Cause Order | _____ Released | _____ Enforced |
|---|---|---|
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

AMENDED ORDER: Hearing held on April 19, 2018. Granted as to the First Day Motions only. The remaining requested relief in the motion relating to the proposed sale will be heard on APRIL 27, 2018, at 10:00 AM.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 04/20/2018

Melvin S. Hoffman
United States Bankruptcy Judge