# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

**In Re:** New England Confectionery Company, Inc.   **Case Number:** 18-11217   (MSH)   **Ch:** 11

#20 Emergency Motion of Debtor for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (A) Authorizing Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Priority, (C) Authorizing Use of Cash Collateral and Providing for Adequate Protection, (D) Modifying the Automatic Stay, and (E) Scheduling a Final Hearing (S. Moskol)

**COURT ACTION:**

| | | |
|---|---|---|
| _____ Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |

_____ Withdrawn in Open Court

_____ Sustained        _____ Overruled

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The parties shall submit an agreed upon order in ECF as a supplemental document and submit a copy in Word format to msh@mab.uscourts.gov no later than May 2, 2018.

IT IS SO ORDERED:

_____   Dated: 05/01/2018

Melvin S. Hoffman
United States Bankruptcy Judge