# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEW ENGLAND CONFECTIONERY | ) | |
| COMPANY, INC., | ) | Case No. 18-11217-MSH |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF SUBMISSION OF COMPETING BID FOR PRODUCT LINE BY FRANKFORD CANDY, LLC

Exhibit "A" - Executed APA

Exhibit "B" - Redline of APA compared with Stalking Horse Agreement

Exhibit "C" - Letter from Bidder's Lender re: Financial Capacity

This Competing Bid is submitted in connection with the Court approved auction procedures. This bid is not subject to contingencies for financing, completion of due diligence or environmental contingencies.

Respectfully submitted,

Dated: May 18, 2018

COZEN O'CONNOR

_____

Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: 302-295-2000 / F: 302-295-2013
Email: mfelger@cozen.com

*Counsel to Frankford Candy, LLC*