**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| **In re:** <br><br> **NEW ENGLAND CONFECTIONERY COMPANY, INC.** <br><br> **Debtor.** | **Chapter 11** <br><br> **Case No. 18-11217-MSH** |

## NOTICE OF BID/COUNTEROFFER

The undersigned hereby submits the attached bid/counteroffer he received with respect to the *Debtor's Motion for Order Approving Private Sale of Certain of Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests and Granting Related Relief* [docket no. 33].

                                              Respectfully Submitted,

                                              HAROLD B. MURPHY,
                                              Chapter 11 Trustee,
                                              By his counsel,

                                              */s/ Christopher M. Condon*
                                              Christopher M. Condon (BBO #652430)
                                              MURPHY & KING, Professional Corporation
                                              One Beacon Street
                                              Boston, Massachusetts 02108-3107
                                              Tel: (617) 423-0400
                                              Fax: (617) 556-8985

Dated: May 18, 2018                      ccondon@murphyking.com
742558