# COMPETITIVE BID

This Competitive Bid ("Bid") dated as of May 17, 2018 (the "Effective Date"), is entered by Stichler Products, Inc. ("Stichler") for assets currently available for purchase as a Product Line from New England Confectionery Company, Inc. ("NECCO") a Delaware Corporation and the debtor in the New England Confectionery Company Inc., Chapter 11 Case No. 18-11217-MSH currently pending in the United States Bankruptcy Court for the District of Massachusetts.

WHEREAS, Stichler wishes to bid on the product lines and their associated assets as defined below, subject to the terms and conditions set forth herein.

**1.0** **Competitive Bid on NECCO Misc. Product Line:** Subject to the terms and conditions set forth herein, Stichler hereby bids an all cash sum of five hundred thousand dollars ($500,000) for NECCO's entire right, title, and interest in and to the product line referred to as "Other Sugar Brands" shown on page twenty-five of the 2018 NECCO Confidential Information Memorandum (hereby incorporated as Schedule A) and the Slap Stix Dept. 720 Assets listed in pages two and three of the NECCO Schedule 1.1, hereby incorporated as Schedule B.  Assets listed in Schedules A and B shall be collectively referred to as Purchased Assets and shall include the following:

1.1. All equipment, machinery, tools, molds, dies and related articles used in the manufacture and packaging of Slap Stix, Squirrel Nut Zipper and Banana Splits Products (known as NECCO Misc. and hereinafter referred to as the "Product Line");

1.2. All raw materials, work in-process, finished goods and other items in inventory pertaining to the product line;

1.3. All intellectual property associated with the Product Line including any patents, trademarks, pending patent or trademark applications, tradenames, recipes and any other trade secrets required to manufacture and package the Product Line;

1.4. All licenses, permits and certificates required to manufacture and package the Product Line; and

1.5. All manuals, instructions and documents in NECCO's possession used to manufacture and package the Product Line.

**2.0** **Bid Requirements:**

2.1 Liens:  Purchased Assets must be transferred and assigned to Stichler free and clear of any security interests, mortgages, liens, pledges or encumbrances of any kind (collectively, "Liens");

2.2 NECCO or its authorized representatives agree to cooperate with Stichler and will execute any additional documents necessary to release Liens and perfect title in the Purchased Assets; and

    2.3    NECCO or its authorized representatives agree to cooperate with Stichler in transferring all manufacturer and other warranties related to the manufacture and packaging of the Product Line.

**3.0**    **Representations and Warranties:**  Stichler hereby represents and warrants that:

    3.1    Stichler is duly formed, validly existing, and in good standing under the laws of its state of formation, and has the power and authority to own its properties and to conduct its business as it is now being conducted;

    3.2    Stichler has full power and authority to place this bid; and

    3.3    Stichler is financially capable of completing this financial transaction if and when the Bid is accepted and agrees to provide any documentation required to support this assertion.

This Bid is hereby submitted:

STICHLER PRODUCTS, INC.

_____    _____

Martin A. Deutschman, President    Date

2.3   NECCO or its authorized representatives agree to cooperate with Stichler in transferring all manufacturer and other warranties related to the manufacture and packaging of the Product Line.

**3.0**   <u>**Representations and Warranties:**</u>   Stichler hereby represents and warrants that:

3.1   Stichler is duly formed, validly existing, and in good standing under the laws of its state of formation, and has the power and authority to own its properties and to conduct its business as it is now being conducted;

3.2   Stichler has full power and authority to place this bid; and

3.3   Stichler is financially capable of completing this financial transaction if and when the Bid is accepted and agrees to provide any documentation required to support this assertion.

This Bid is hereby submitted:

STICHLER PRODUCTS, INC.

_____          5-18-2018
Martin A. Deutschman, President                         Date

Schedule A – Redacted of Confidential Information.

Shall be made available under acceptable non-disclosure agreement and by order of the Bankruptcy Court.

## SCHEDULE B

Schedule 1.1  Page 2

| NECCO ASSET/PRODUCT OVERVIEW | |
|---|---|
| Slap Stix Dept 720 | |
| All motor starters and switches for Slap Stix Dept 720 to be included | |
| 100 Trays to fill carts -10 per tray | |
| All spare parts for operation | |
| (L Sealer pairs with) scrap plastic film collector for Confex E250A | |
| TCP Cabinet #63 internal components for Hansella cooker for nougat center | |
| Wear parts drawings | |
| Horizontal puller to make bars or taffy | |
| Manuals, drawings, blueprints, layouts, cost sheets, formulas, and procedures | |

**SCHEDULE B (continued)**

Schedule 1.1 Page 3

NECCO ASSET / PRODUCT OVERVIEW
October, 2017    Slap Stix Dept. 720

| Work Center | Equipment Mfg. | Model | Serial Number | Asset Specifications | Age | Product Specifications | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen** | | | | | | | | | | |
| (1) Cooking Kettles W/ Agitation | Hansella | 110C | No Number | ISB #T4 | 1970's | small (oz) | 0.7 | | | |
| (1) Cooking Kettles W/ Agitation | Hansella | 110C | No Number | ISB #11 / Cook12 | 1970's | large (oz) | 2.0 | lbs / case | | |
| (1) Cooking Kettles W/ Agitation | Hansella | 110C | No Number | ISB #9 /Cook13 | 1970's | Small (0.7 oz) Item 30451 | | 36/outer, 16 outer/cs | 25 | |
| (1) Mixing Kettle W/ Agitation | Groen | DGCA 80SP | National Board No: 27080 | IKET062 | 1963 | Large (2 oz) Item 30453 | | 24/outer, 12 outer/cs | 36 | |
| (1) Mixing Kettle W/ Agitation | Read Machine Co | D80 | 75039 | | | | | | | |
| (1) Holding kettles Above Cooling Wheels | Lee Metal Products | | | | | | Capacity Annualized | Theoretical | | |
| (1) Cooling Wheels | Latini/Hobourger | | 6828 | 150 Gal | Jul-46 | | | | | |
| (1) Cooling Table W/Sections | Necco | | | CW007 | 1970's | | | | | |
| (1) Cutting Table W/ Saw Holder | Necco | | No Number | | 1970's | | | | | |
| (23) Troughs Trays for Forming Sticks | Necco | | No Number | | 1970's | | | | | |
| (10) Tray Carts | Necco | | No Number | | 1980's | | | | | |
| | | | 75039 | | 1980's | | | | | |
| (2) Slab Tables W/UHMW Tops | Necco | | No Number | | 1980's | | | | | |
| (1) Sizer (pre Fab Logs) | Necco | | No Number | | 1980's | | | | | |
| (1) Horz. Batch Roller | Hansella | 19E | 16654 | BR018 | 1980's | | | | | |
| **Slap Stick Wrapping** | | | | | | | Capacity Annualized | | theoretical per annum | |
| (1) Sizer | Necco | | No Number | | 1980's | | | lbs / hour | | |
| (1) Stick wrapper (0.7 oz.) | Lynch | P8-BF | 1811 | WRAP116 | 1970's | cs / hr (Sml) | 7 | 168 | 722,534 | |
| (1) Stick wrapper (2 oz.) | Lynch | Model 1 | Wrap-O-Matic | | 1970's | cs / hr (Lrg) | 9 | 336 | 1,445,069 | |
| (1) Transfer Conveyor | Necco | | No Number | | 1980's | | | | 3 x 5 shifts @80% | |
| (1) Metal Detector | Lock | | 700536 | MDO08 | 1980's | | | | | |
| (1) "L" Scaler | Conflex | E250AC | 25358R1149 | WRAP122 | 1980's | | | | | |
| (1) Heat Tunnel | Eastey | ET1608 | 1822160BTLMB | | Aug-17 | | | | | |
| (1) Discharge Conveyor | Hytrol | | 525434 | | 1990's | | | | | |
| (1) Stainless Steel Table 30" W x 48" L | Necco | | | | 1990's | | | | | |
| (1) Stainless Steel Table 23" W x 17" L | Necco | | | | 1990's | | | | | |
| (2) Horz. Batch Rollers | Hansella | | | | 1970's | | | | | |
| (2) Transfer Conveyors | Necco | | | | 1980's | | | | | |