# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

|  |  |
|---|---|
| In re: | ) |
| | ) |
| NEW ENGLAND CONFECTIONARY | )  Chapter 7 |
| COMPANY, INC. | )  Case No. 18-11217-MSH |
| | ) |
| Debtor. | ) |
| | ) |

### NOTICE OF COMPETING BID BY MELVILLE CANDY CORPORATION
### WITH RESPECT TO THE NECCO CANDY BUTTONS PRODUCT LINE

Melville Candy Corporation ("Melville"), by and through its counsel, Hackett Feinberg P.C., hereby gives notice of and submits a Competing Bid and Counteroffer for certain assets of the Debtor, New England Confectionary Company, Inc. (the "Debtor"), consisting of the Debtor's NECCO Candy Buttons Product Line Assets as more specifically described in the Competing Bid and Counteroffer attached hereto as Exhibit A. Said Competing Bid and Counteroffer is submitted in accordance with the Chapter 11 Trustee's *Amended Notice of (1) Intent to Sell Assets by Private Sale Free and Clear of Liens, Claims, Encumbrances, and Interests (2) Deadlines for Submitting Counteroffers and Objections, and (3) Hearing Date* [Docket No. 127]. Melville has also delivered this day, to the Chapter 11 Trustee, by wire transfer, a $25,000.00 deposit with respect to said Competing Bid and Counteroffer. Melville has also delivered to the Trustee proof that it is financially able to consummate the transactions contemplated by the Competing Bid and Counteroffer.

1

Dated:  May 18, 2018

Respectfully submitted,
Melville Candy Corporation
By its Attorneys,

/s/ James M. Liston
James M. Liston, (BBO # 301750)
Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02110
(617) 422-0200
jml@bostonbusinesslaw.com