**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **New England Confectionery Company, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **18-11217** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **May 18, 2018** | X */s/ Michael McGee    Thomas Barnes* |
| | | Signature of individual signing on behalf of debtor |
| | | **Michael McGee    Thomas Barnes** |
| | | Printed name |
| | | **President & CEO    Chief Financial Officer** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **New England Confectionery Company, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | **18-11217** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AAK USA INC MANAGING AGENT P.O. BOX 200029 PITTSBURGH, PA 15251-0029** | | **Trade Debt subject to settlement discussions** | **Contingent Unliquidated Disputed** | | | $261,920.33 |
| **ACAS, LLC 245 Park Avenue New York, NY 10167** | | **All assets - NOTE: ACAS, LLC F/K/A American Capital, LTD., Successor by merger with American Capital Financial Services, Inc.** | **Contingent Unliquidated Disputed** | $102,105,563.00 | $23,482,975.30 | $78,622,587.70 |
| **ACAS, LLC 245 PARK AVE. 44TH FLOOR New York, NY 10167** | | **Estimated unpaid management fees** | **Unliquidated** | | | $788,954.00 |
| **AMERICRAFT CARTON, INC. 7400 State Line Road Suite 206 Prairie, KS 66208** | | **Trade Debt** | | | | $505,954.35 |
| **ATLANTIC - REVERE REALTY LLC C/O ATLANTIC MANAGEMENT CORP 205 NEWBURY ST FRAMINGHAM, MA 01701** | | **Trade Debt** | | | | $276,287.75 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BURDETTE BECKMANN MANAGING AGENT 5851 JOHNSON STREET HOLLYWOOD, FL 33021 | | Trade Debt | | | | $419,565.38 |
| CARGILL INC MANAGING AGENT PO BOX 415927 BOSTON, MA 02241-8954 | | Trade Debt | | | | $352,019.44 |
| GENERAL CONVERTING INC MANAGING AGENT PO BOX 88460 Chicago, IL 60680 | | Trade Debt | | | | $524,377.07 |
| GENPRO MANAGING AGENT 201 NJ-17 #400 Rutherford, NJ 07070 | | Trade Debt | | | | $475,008.50 |
| NATIONAL GRID MANAGING AGENT PO BOX 11737 NEWARK, NJ 07101-4737 | | Trade Debt | | | | $312,792.24 |
| NECCO REALTY MA I 2 BETHESDA METRO CENTER 14TH FLOOR Bethesda, MD 20814 | | Uncollected rent prior to current lease | | | | $33,774,826.78 |
| NEW ENGLAND MOTOR FREIGHT MANAGING AGENT 1-71 North Avenue East Elizabeth, NJ 07201 | | Trade Debt | | | | $514,922.76 |
| NEW ENGLAND WOODEN WARE CORP. MANAGING AGENT 205 SCHOOL STREET STE 201 GARDNER, MA 01440-2781 | | Trade Debt | | | | $602,837.07 |

| Debtor | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NORTH CENTRAL COMPANIES MANAGING AGENT 601 CARLSON PARKWAY #400 MINNETONKA, MN 55305** | | **Trade Debt** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$261,269.67** |
| **SHANGHAI HANCHANG PRINTING c/o Ungermans Packaging Solutions 1699 Highway #1 Fairfield, IA 52556** | | **Trade Debt** | | | | **$532,278.50** |
| **TEAM EXPRESS INC 40 Strafello Dr Avon, MA 02322** | | **Trade Debt** | | | | **$166,225.00** |
| **TRANSMAR COMMODITY GROUP MANAGING AGENT 200 SOUTH ST MORRISTOWN, NJ 07960** | | **Trade Debt** | **Disputed** | | | **$294,847.34** |
| **UNICORR PACKAGING GROUP MANAGING AGENT 4282 PAYSPHERE CIRCLE CHICAGO, IL 60674** | | **Trade Debt** | | | | **$248,799.46** |
| **UNITED COCOA PROCESSOR, INC. MANAGING AGENT PO BOX 21064 NEW YORK, NY 10087-1064** | | **Trade Debt** | | | | **$370,502.37** |
| **UNITED SUGAR CORP. MANAGING AGENT SDS 12-0548 P.O. BOX 86 MINNEAPOLIS, MN 55486** | | **Trade Debt** | | | | **$159,599.27** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **New England Confectionery Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **18-11217**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................   $       0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................   $       23,482,975.30

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................   $       23,482,975.30

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     102,140,671.60

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     36,312.57

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     45,117,357.77

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b          $     147,294,341.94

**Fill in this information to identify the case:**

Debtor name   **New England Confectionery Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **18-11217**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $18.78 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Eastern Bank 195 Market Street, Lynn, MA  01901** | **Checking Account** | **9219** | $0.00 |
| 3.2. | **Eastern Bank 195 Market Street, Lynn, MA  01901** | **Lock Box Account** | **9227** | $222,357.35 |
| 3.3. | **Eastern Bank 195 Market Street, Lynn, MA  01901** | **Payroll Account** | **7907** | $5,020.45 |
| 3.4. | **WSFS Bank 500 Delaware Avenue, Wilmington, DE  19801** | **Checking Account** | **0428** | $238,915.19 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

       $466,311.77

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* **18-11217** |
|---|---|---|
| | Name | |

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Deposit held by landlord ATLANTIC - REVERE REALTY LLC | $3,000,000.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Prepaid Insurance - First Insurance | $48,702.91 |
|---|---|---|
| 8.2. | Prepaid Insurance - MEMIC | $2,662.20 |
| 8.3. | Prepaid Insurance - Wright Flood | $522.81 |
| 8.4. | Prepaid Computer Maintenance - 1 WorldSync Inc Data Pool Services - July 2017-June 2018 | $1,312.50 |
| 8.5. | Prepaid Computer Maintenance - Network Solutions NECCO.COM website- 3/1/2018 - 2/28/2019 | $41.66 |
| 8.6. | Prepaid Computer Maintenance - Threattrack Security Inc. VIPRE Antivirus Business Subscription -3/24/18-3/23/19 | $1,063.90 |
| 8.7. | Prepaid Computer Maintenance - Golden Touch Computer Solutions Phone support- 10/1/2017 - 9/30/2018 | $600.00 |
| 8.8. | Prepaid - Rabbinical Council of N.E. Annual Kosher Certification - 8/1/17-7/31/18 | $720.00 |
| 8.9. | Prepaid Advance to Supplier - AARON EQUIPMENT CO | $6,300.00 |
| 8.10. | Prepaid Advance to Supplier - BERLIN PACKAGING | $89,146.34 |
| 8.11. | Prepaid Advance to Supplier - BPM INC | $22,690.25 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **New England Confectionery Company, Inc.**                    Case number *(If known)*  **18-11217**
Name

| | | |
|---|---|---|
| 8.12. | Prepaid Advance to Supplier - CATANIA - SPAGNA CORP | $40,200.00 |
| 8.13. | Prepaid Advance to Supplier - DYNAMIC PACKAGING | $60,243.30 |
| 8.14. | Prepaid Advance to Supplier - EASTERN INDUSTRIAL AUTOMATION | $1,433.01 |
| 8.15. | Prepaid Advance to Supplier - FRANKLIN BAKER INC | $190.00 |
| 8.16. | Prepaid Advance to Supplier - GENERAL PACKAGING PRODUCTS | $15,205.00 |
| 8.17. | Prepaid Advance to Supplier - GILLCO PRODUCTS INC | $6,028.75 |
| 8.18. | Prepaid Advance to Supplier - HLEKS GIDA SANAYI VE | $308.00 |
| 8.19. | Prepaid Advance to Supplier - JLS AUTOMATION | $5,546.12 |
| 8.20. | Prepaid Advance to Supplier - NORTH CENTRAL COMPANIES | $43,700.00 |
| 8.21. | Prepaid Advance to Supplier - TRICO CORPORATION | $40,788.60 |
| 8.22. | Prepaid Advance to Supplier - TRICOR SYSTEMS INC. | $1,262.52 |
| 8.23. | Prepaid Advance to Supplier - UNIVAR USA, INC. | $2,413.92 |
| 8.24. | Prepaid Advance to Supplier - VAN DRUNEN FARMS | $156.69 |
| 8.25. | Prepaid Advance to Supplier - VARICK ENTERPRISES, INC. | $1,376.89 |

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
|---|---|---|
| | Name | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$3,392,615.37

---

**Part 3:** | **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **6,276,220.00** | - | **627,622.00** | = .... | **$5,648,598.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **170,041.00** | - | **85,020.50** | = .... | **$85,020.50** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$5,733,618.50

---

**Part 4:** | **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity: | % of ownership

| 15.1. | **4 Units of Candy Marketing Coalition, LLC** | % | **N/A** | **Unknown** |
|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

**Part 5:** | **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
|---|---|---|
| | Name | |

| | Raw Materials | 4/30/2017 | $4,244,500.00 | Book value | $4,244,500.00 |
|---|---|---|---|---|---|

| 20. | **Work in progress** **WIP** | 4/30/2017 | $1,597,126.13 | Book value | $1,594,126.13 |
|---|---|---|---|---|---|

| 21. | **Finished goods, including goods held for resale** **Finished Goods** | 4/30/2017 | $4,319,863.89 | Book value | $4,319,863.89 |
|---|---|---|---|---|---|

22.  **Other inventory or supplies**

23.  **Total of Part 5.**
     Add lines 19 through 22.  Copy the total to line 84.

     $10,158,490.02

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ■ Yes. Book value    349301.88    Valuation method    **Cost**    Current Value    349301.88

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment, Computers, and Furniture with an original cost of $344,370.98 and Accumulated Depreciation of $281,041.22 and Net Book Value of $63,329.76.** | $63,329.76 | Book value | $63,329.76 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

Debtor    **New England Confectionery Company, Inc.**                   Case number *(If known)* **18-11217**
_____
Name

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | $63,329.76 |
| | Add lines 39 through 42. Copy the total to line 86. | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **2 New Yale NDR030EB Deep Reach * All options include new HUP battery and Impaq Chargers subject to Forklift Master Lease Agreement dated 1/18/2017**<br>**1 New Yale NDR030EB Deep Reach * All options include new HUP battery and Impaq Chargers subject to Forklift Master Lease Agreement dated 1/18/2017**<br>**1 New Yale ERP030VT 3-Wheel SD CB * All options include new HUP battery and Impaq Chargers subject to Forklift Master Lease Agreement dated 1/18/2017**<br>**1 New Yale MPE060 Rider Pallet Jack * All options include new HUP battery and Impaq Chargers subject to Forklift Master Lease Agreement dated 1/18/2017**<br>**1 New Yale MPE060 Rider Pallet Jack * All options include new HUP battery and Impaq Chargers subject to Forklift Master Lease Agreement dated 1/18/2017**<br>**4 New Yale MPB045VG Walk Behind PJ * All options include new HUP battery and Impaq Chargers subject to Forklift Master Lease Agreement dated 1/18/2017** | $0.00 | | **Unknown** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
|---|---|---|
| | Name | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Machinery & Equipment with an original cost of $12,658,238.17 and Accumulated Depreciation of $9,024,085.03 and Net Book Value of $3,634,152.14.** | $3,634,153.14 | Book value | $3,634,153.14 |
|---|---|---|---|---|

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $3,634,153.14 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
■ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **135 American Legion Highway, Revere, Massachusetts, which contains 706,338 rentable square feet.** | **Leasehold Interest** | **Unknown** | | **Unknown** |

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $0.00 |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
|--------|---------------------------------------------|----------------------------------------|
|        | Name                                        |                                        |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**United States of America Registered trademark reg. no. 178,993**<br>**United States of America Registered trademark reg. no. 1,439,372**<br>**United States of America Registered trademark reg. no. 4,534,891**<br>**United States of America Registered trademark reg. no. 525,887**<br>**United States of America Registered trademark reg. no. 72,495**<br>**United States of America Registered trademark reg. no. 3,930,281**<br>**United States of America Registered trademark reg. no. 3,930,282**<br>**United States of America Registered trademark reg. no. 2,195,932**<br>**United States of America Registered trademark reg. no. 72,494**<br>**Canada Registered trademark reg. no. TMA237,624**<br>**United States of America Registered trademark reg. no. 1,001,117**<br>**United States of America Registered trademark reg. no. 3,980,348**<br>**United States of America Registered trademark reg. no. 1,470,821**<br>**United States of America Registered trademark reg. no. 3,967,021**<br>**United States of America Registered trademark reg. no. 95,225**<br>**Canada Registered trademark reg. no. TMA368,099**<br>**Canada Registered trademark reg. no. NFLD1060**<br>**United States of America Registered trademark reg. no. 1,393,466**<br>**United States of America Allowed trademark app. no. 87/150,393**<br>**United States of America Registered trademark reg. no. 1,382,579**<br>**United States of America Registered trademark reg. no. 2,101,335** | **Unknown** | **N/A** | **Unknown** |

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
|---|---|---|
| | Name | |

**United States of America Registered
trademark reg. no. 5070004
United States of America Allowed trademark
app. no. 87/150,402
United States of America Allowed trademark
app. no. 87/150,400
United States of America Allowed trademark
app. no. 87/150,403
United States of America Registered
trademark reg. no. 0,049,295
Canada Registered trademark reg. no. TMA
581,150
United States of America Registered
trademark reg. no. 721,683
United States of America Registered
trademark reg. no. 3,988,322
United States of America Registered
trademark reg. no. 2,853,275
United States of America Registered
trademark reg. no. 1,251,252
United States of America Registered
trademark reg. no. 3,926,236
United States of America Registered
trademark reg. no. 35,212
United States of America Registered
trademark reg. no. 4,165,557
Canada Registered trademark reg. no.
TMA165,610
United States of America Registered
trademark reg. no. 355,165
United States of America Registered
trademark reg. no. 2,937,572
United States of America Registered
trademark reg. no. 2,259,589
United States of America Registered
trademark reg. no. 3,270,829
United States of America Registered
trademark reg. no. 2,172,266**

| | | | | |
|---|---|---|---|---|
| | | **Unknown** | **N/A** | **Unknown** |

| 61. | **Internet domain names and websites**<br>**www.necco.com** | | **$0.00** | | **Unknown** |
|---|---|---|---|---|---|

| 62. | **Licenses, franchises, and royalties**<br>**Milk and Cream - License to sell milk or cream**<br>**in the cafeteria, which expires annually in May.**<br>**Permit Number:1211**<br>**Issuing Agency: City of Revere**<br>**Expiry Date: May 2018** | | **$0.00** | | **Unknown** |
|---|---|---|---|---|---|

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
|---|---|---|
| | Name | |

**Air permit - Conditional permit (no termination date) which on an annual basis Seller sends the updated information to continue permit coverage; this permit covers all of the factor's emissions (i.e. NOS, CO, Particulate Matter ("PM"), generated primary from engines, boilers and kitchen exhaust).**
**Permit Number: W024578**
**Issuing Agency: Commonwealth of Massachusetts, Department of Environmental Protection**
**Expiry Date: June 2018**                                    $0.00                                    Unknown

**Massachusetts license verifies that the Seller is an approved Vendor for the state (annual renewal, last updated Summer 2017);**
**Permit Number: 621**
**Issuing Agency: Commonwealth of Massachusetts, Department of Safety**
**Expiry Date: June 2018**                                    $0.00                                    Unknown

**State commerce - verifies cross state border approval (annual renewal, last updated Summer 2017);**
**Permit Number: MA- 1942**
**Issuing Agency: Commonwealth of Massachusetts, Food Protection Program**
**Expiry Date: May 2018**                                    $0.00                                    Unknown

**Revere Board of Health - food commission license for the cafeteria**
**Permit Number: 2633**
**Issuing Agency: City of Revere**
**Expiry Date: May 31, 2018**                                    $0.00                                    Unknown

**Elevator Certificate of Inspection - Each elevator has a certificate for use (weight); requires annual permits, where there are various dates of renewal (6 in total - 4 elevators and 2 lifts); most expire in May 2018.**
**Permit Number: INS-074025**
**Issuing Agency: Commonwealth of Massachusetts, Department of Public Safety;**
**State ID: 248-P-117**
**Expiry Date: May 31, 2018**                                    $0.00                                    Unknown

**Fire Inspection (Certificate of Occupancy) - Every quarter, testing is completed, which was taken over by the Landlord in 2017 (1 per fire alarm equity; 2 per sprinklers).**
**Permit Number: 05582308 08170**
**Issuing Agency : Simplex / City of Revere**
**Expiry Date: September 2018**                                    $0.00                                    Unknown

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 10

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
| --- | --- | --- |
| | Name | |

| ISO New England Co-generation revenue rights | $0.00 | Unknown |
| --- | --- | --- |

65.    **Goodwill**

66.    **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
| --- | --- |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
| --- | --- | --- |

71.    **Notes receivable**
   Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

| **Net Operating Loss Carryforwards for U.S. federal tax purposes estimated value $53,390,000.00.** | Tax year **2016** | Unknown |
| --- | --- | --- |
| **Net Operating Loss Carryforwards for state tax purposes estimated value $71,569,000.00.** | Tax year **2016** | Unknown |

73.    **Interests in insurance policies or annuities**

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* **18-11217** |
|---|---|---|
| | Name | |

**Starr Indemnity & Liability Company Renewal 17-18
General Liability Policy 1000305008171 Eff 12/21/2017
Great Northern Insurance Company Renewal 17-18
Foreign Package Policy 3588-90-31 Eff 12/21/2017
Federal Insurance Company Renewal 17-18 Crime
Policy 8234-5906 Eff 12/21/2017
Arch Specialty Insurance Company New Policy 17-18
Flood Policy ESP7304166-00 Eff 12/21/2017
Westchester Fire Insurance Company Renewal 17-18
Directors and Officers Policy G24363533-005 Eff
12/21/2017
XL Specialty Insurance Company Renewal 17-18
Products Recall Policy ICI701326 Eff 12/21/2017
The Hanover Insurance Company Renewal 17-18
Property Policy M004662-17 Eff 12/21/2017
RSUI Indemnity Company Renewal 17-18 EX Umbrella
$25M x $25M Policy NHA081639 Eff 12/21/2017
Starr Indemnity & Liability Company Renewal 17-18
Auto Policy SISIPCA08316617 Eff 12/21/2017
Travelers Property Casualty Company of America
Renewal 17-18 Lead Umbrella Policy
ZUP-15S68181-17-NF Eff 12/21/2017**

**Unknown**

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **DD FOCUSED SALES SOLUTIONS debit value accounts payable** | **$208.09** |
| | **Nature of claim** | |
| | **Amount requested** | **$0.00** |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Unclaimed Property claim #:4490880STATE OF WASHINGTON 1996MS08: 15 - Accounts Payable Property ID: 1832409** | **$379.00** |
| | **Unclaimed Property claim #:4490880MASS ELECTRIC COMPANY DBA NATIONAL GRID USA SERVICE COMPANY INC2007CK13: 17 - Vendor ChecksProperty ID: 8932782** | **$26,225.00** |
| | **Unclaimed Property claim #:4487069Santander Bank2014AC01-01: Checking accounts/NOW accountsProperty ID: 17139258** | **$7,644.65** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$34,456.74** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ■ No | |

| | | |
|---|---|---|
| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 12 |

| Debtor | **New England Confectionery Company, Inc.** | Case number *(If known)* | **18-11217** |
| | Name | | |

☐ Yes

| Debtor | **New England Confectionery Company, Inc.** | | Case number *(If known)* **18-11217** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $466,311.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,392,615.37 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,733,618.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,158,490.02 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $63,329.76 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,634,153.14 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $34,456.74 | |
| 91. **Total.** Add lines 80 through 90 for each column | $23,482,975.30 | + 91b.  $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92        $23,482,975.30

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **New England Confectionery Company, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  **18-11217**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim. Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|
| **2.1  ACAS, LLC** Creditor's Name | $102,105,563.00 | $23,482,975.30 |

**2.1  ACAS, LLC**
Creditor's Name

**245 Park Avenue**
**New York, NY 10167**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August 8, 2008**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets - NOTE: ACAS, LLC F/K/A American Capital, LTD., Successor by merger with American Capital Financial Services, Inc.**

Describe the lien
**Term Notes and Revolving Line of Credit**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Amount of claim: $102,105,563.00
Value of collateral: $23,482,975.30

---

**2.2  HYG Financial Services Inc.**
Creditor's Name

**300 E. John Carpenter Freeway**
**Irving, TX 75062-2712**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**2 New Yale NDR030EB Deep Reach * All options include new HUP battery and Impaq Chargers subject to Forklift Master Lease Agreement dated 1/18/2017**
**1 New Yale NDR030EB Deep Reach * All options include new HUP battery and Impaq Chargers subj**

Describe the lien
**Equipment Lease**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: $26,901.69
Value of collateral: Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | | Case number (if know) | **18-11217** |
|---|---|---|---|---|
| | Name | | | |

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **KRAFT POWER CORP** |
|---|---|

Creditor's Name

**199 WILDWOOD AVENUE
PO BOX 2189
WOBURN, MA 01888-0389**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Co-generation plant assets**          $8,206.91          Unknown

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$102,140,671 .60** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **New England Confectionery Company, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **18-11217**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**\*NOTE regarding employee claims** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Pursuant to the Court's Order (I) Authorizing Payment of Certain Existing Employee Claims, including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on a Post-** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**\*NOTE regarding employee claims (cont.)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Petition Basis, (III) Authorizing Payment of Reimbursement to Employees for Existing Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Existing Claims Owing to Administrators and Third-** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    52080                    Best Case Bankruptcy

Debtor **New England Confectionery Company, Inc.**    Case number *(if known)* **18-11217**

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **\*NOTE regarding employee claims (cont.2)** | *Check all that apply.* | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **Party Providers, and (VI) Directing Banks to Honor Existing Checks and Fund Transfers for Authorized Payments, dated April 19, 2018 [Docket #64], all pre-petition wages, benefits, and reimbursements due to employees and all associated** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **\*NOTE regarding employee claims (cont.3)** | *Check all that apply.* | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **expenses authorized therein have been paid by the Debtor on or about April 20, 2018. To the knowledge of the Debtor, no such claims remain outstanding as of the date hereof.** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **AETNA - MIDDLETOWN ALIC PO BOX 88860 CHICAGO, IL 60695-1860** | *Check all that apply.* | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **employee benefit plan** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | **Bakery, Confectionary & Tobacco 1 Pleasant St Framingham, MA 01701** | *Check all that apply.* | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | | **BCT Dental & Vision** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No | | | |
| | | ☐ Yes | | | |

| Debtor | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**BLUE CROSS & BLUE SHIELD OF MASSACHUSETTS INC BOX 371318 PITTSBURGH, PA 15250-7318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Health Insurance Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,887.08** | **$34,887.08** |
|---|---|---|---|---|

**COMMONWEALTH OF MASSACHUSETTS MASS DEPT. OF REVENUE P.O. BOX 7089 CHELSEA, MA 02204-7089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,425.49** | **$1,425.49** |
|---|---|---|---|---|

**COMMONWEALTH OF MASSACHUSETTS MASS DEPARTMENT OF REVENUE PO BOX 7009 Boston, MA 02204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Use tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**DELTA DENTAL PLAN OF MASS INC 465 Medford St Charlestown, MA 02129-1454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Dental Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**IAM Pension**
**PO Box 791129**
**Baltimore, MD 21279-1129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IAM Pension**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Internal Revenue Service**
**Special Procedures**
**P.O. Box 9112**
**JFK Building - Stop 20800**
**Boston, MA 02203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**International Association of**
**Machinists**
**1300 Connecticut Ave, NW**
**Suite 300**
**Washington, DC 20036-1711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IAM Medical Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**IUOE LOCL 877 BENEFIT FUNDS**
**89 ACCESS ROAD**
**UNIT 4**
**NORWOOD, MA 02062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**IUOE Medical**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MA Dept. of Revenue**
**Attn: John L. Giamattei**
**Bankruptcy Unit**
**P.O. Box 9564**
**Boston, MA 02114-9564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MASSACHUSETTS DEPT. OF**
**REVENUE**
**PO BOX 7089**
**BOSTON, MA 02204-7089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**MASSACHUSETTS VSP**
**PO BOX 742479**
**LOS ANGELES, CA 90074-2479**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**employee benefit plan**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NATIONAL I.A.M. BENEFIT**
**TRUST FUND**
**PO BOX 64607**
**BALTIMORE, MD 21264-4607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**I.A.M. benefit plan**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Priority creditor's name and mailing address
**TREASURER, STATE OF OHIO
OHIO DEPARTMENT OF
TAXATION
PO BOX 16678
Columbus, OH 43216-6678**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,825.00** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**A. M. TODD COMPANY
ATTN: ACCOUNTS PAYABLE
1717 DOUGLAS AVENUE
KALAMAZOO, MI 49007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,588.72** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**A.R. ARENA PRODUCTS, INC.
2101 MT. READ BLVD.
ROCHESTER, NY 14615**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$261,920.33** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**AAK USA INC
MANAGING AGENT
P.O. BOX 200029
PITTSBURGH, PA 15251-0029**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Trade Debt subject to settlement discussions**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,062.16** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**ABB INC
1460 LIVINGSTON AVENUE
NORTH BRUNSWICK, NJ 08902**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,192.50** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**ABBOTT CONSTUCTION &
LANDSCAPING LLC
PO BOX 99
BOXFORD, MA 01921**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$788,954.00**

**ACAS, LLC**
**245 PARK AVE.**
**44TH FLOOR**
**New York, NY 10167**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Estimated unpaid management fees**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,130.64**

**ACCUTECH**
**157 GREEN STREET**
**FOXBORO, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,856.11**

**ACTION BEARING**
**PO BOX 99**
**BOSTON, MA 02134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$979.39**

**ACTION MARKETING INC**
**PO BOX 23808**
**CHATTANOOGA, TN 37422-3808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,916.41**

**ACTION SALES WEST INC**
**24007 VEBTURA BLVA**
**SUITE 120**
**CALABASAS, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,212.86**

**AIR INDUSTRIES, INC.**
**200 SUTTON ST.**
**STE. 230**
**N. ANDOVER, MA 01845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,201.71**

**ALADDIN PACKAGING LLC**
**115 ENGINEERS ROAD**
**HAUPPAUGE, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,004.07**

**ALFA LAVAL THERMAL INC.**
**PO BOX 951565**
**DALLAS, TX 75395-1565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$869.87**

**ALL INDUSTRIAL CHEM**
**PO BOS 3173**
**HALLANDALE, FL 33008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$769.50**

**ALLIED ELECTRONICS CORP.**
**7151 JACK NEWELL BLVD. SO.**
**P. O. BOX 2325**
**FORT WORTH, TX 76113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00**

**AMCON DISTRIBUTING**
**ATTN jULIE RUTHER**
**7405 IRVINGTON ROAD**
**OMAHA, NE 68122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,520.90**

**AMERICAN EXPRESS**
**PO BOX 1270**
**NEWARK, NJ 07101-1270**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$303.88**

**AMERICAN GAS PRODUCTS**
**24 VINE STREET**
**EVERETT, MA 02149-4514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00**

**AMERICAN GELATIN CO**
**PO BOX 286**
**BINGHAMTON, NY 13903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | **$1,306.42**

**AMERICAN HOLT CORP.**
**203 CARNEGIE ROW**
**NORWOOD, MA 02062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | **$33,173.91**

**AMERICAN PACKAGING CORP**
**PO BOX 62527**
**BALTIMORE, MD 21264-2527**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | **$6,072.58**

**AMERICAN REFRIGERATION CO INC**
**149 RIVER STREET**
**SUITE 3**
**ANDOVER, MA 01810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | **$505,954.35**

**AMERICRAFT CARTON, INC.**
**7400 State Line Road**
**Suite 206**
**Prairie, KS 66208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | **$250.00**

**AMMAR'S INC**
**C/O AB WHOLESALE CO**
**710 SOUTH COLLEGE AVE**
**BLUEFIELD, VA 24605-1639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | **$12,743.50**

**AMP ROSE (A M PACKAGING LTD)**
**SOMERBY WAY**
**GAINSBOROUGH**
**LINCOLNSHIRE   DN211QT**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | **$46,142.46**

**ARAMARK**
**PO BOX 28050**
**NEW YORK, NY 10087-8050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,205.82** |
|---|---|---|---|

**ARCHER DANIELS MIDLAND COM**
**PO BOX 92572**
**CHICAGO, IL 60675-2572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,991.50** |
|---|---|---|---|

**ARCHPOINT SALES TEXAS**
**140 HEIMER ROAD**
**SUITE 200**
**SAN ANTONIO, TX 78232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,972.55** |
|---|---|---|---|

**ARGUS MANAGEMENT CORPORATION**
**15 KEITH HILL ROAD**
**SUITE 100**
**GRAFTON, MA 01519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,796.47** |
|---|---|---|---|

**ARIPACK INC**
**1007 SHEFFIELD AVE**
**BROOKLYN, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ARNOLD WORLDWIDE LLC**
**PO BOX 845518**
**BOSTON, MA 02284-5518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,016.88** |
|---|---|---|---|

**AROMATECH FOOD FLAVOURS**
**5770 HOFFNER AVENUE**
**SUITE 103**
**ORLANDO, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,768.79** |
|---|---|---|---|

**ARROW PAPER CORPORATION**
**228 ANDOVER STREET**
**WILMINGTON, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **New England Confectionery Company, Inc.**                     Case number (if known)   **18-11217**

Name

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$16,010.00** |

**ASTRO CHEMICALS INC**
**PO BOX 2248**
**SPRINGFIELD, MA 01102-2248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$276,287.75** |

**ATLANTIC - REVERE REALTY LLC**
**C/O ATLANTIC MANAGEMENT CORP**
**205 NEWBURY ST**
**FRAMINGHAM, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$22,755.00** |

**ATLANTIC MILLWRIGHTS INC.**
**77 CONCORD STREET**
**NORTH READING, MA 01864-2601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$10,631.25** |

**ATLANTIC SWEETENERS CO.**
**PO BOX 1146**
**HAMMONTON, NJ 08037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$12,232.45** |

**BARCLAY WATER MANAGEMENT, INC.**
**55 CHAPEL ST**
**NEWTON, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$0.00** |

**Barnes, Thomas**
**2861 Darby's Run**
**Tarpon Springs, FL 34688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Employee Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **$116,028.10** |

**BARRY CALLEBAUT USA LLC**
**MANAGING AGENT**
**LOCKBOX 28543**
**28543 NETWORK PLACE**
**CHICAGO, IL 60673-1285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,002.40**

**BAY STATE PALLET CO., INC.**
**125 WARD HILL AVENUE**
**HAVERHILL, MA 01835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,959.00**

**BECK FLAVORS**
**212 MILLWELL DRIVE**
**SUITE A**
**MARYLAND HEIGHTS, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,988.88**

**BELL FLAVORS & FRAGRANCE, INC**
**9104 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$129,866.00**

**BIRDSONG PEANUTS**
**MANAGING AGENT**
**P.O. BOX 1400**
**SUFFOLK, VA 23439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,570.99**

**BLACKFORD BROKERAGE**
**PO BOX 7629**
**SHAWNEE MISSION, KS 66207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,037.28**

**BLUEGRASS DAIRY AND FOOD INC**
**606 WEST MAIN STREET**
**SPRINGFIELD, KY 40069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141,284.00**

**BROOKS PEANUT COMPANY**
**MANAGING AGENT**
**P. O. BOX 733623**
**DALLAS, TX 75373-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|

Name

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,713.60**

**BUNZL ENGLAND 10-100**
**12765 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$419,565.38**

**BURDETTE BECKMANN**
**MANAGING AGENT**
**5851 JOHNSON STREET**
**HOLLYWOOD, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$610.00**

**C & C SCALE CO., INC**
**107 ROCKY MEADOW STREET**
**MIDDLEBORO, MA 02346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,887.50**

**C J IRWIN COMPANY INC**
**4498 MAIN STREET**
**SUITE 16**
**BUFFALO, NY 14226-3826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,410.00**

**CAMBRIDGE PUBLIC HEALTH COMMIS**
**PO BOX 847438**
**BOSTON, MA 02284-7438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,750.00**

**CANDY MARKETING COALITION**
**C/O PROMOTION IN MOTION INC**
**ATTN: JOSH SHAPIRO**
**25 COMMERCE DRIVE**
**ALLENDALE, NJ 07401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepayment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,202.03**

**CANON SOLUTIONS AMERICA**
**15004 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address

**CAPOL LLC**
**707 LAKE COOK ROAD**
**SUITE 320**
**DEERFIELD, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$49,056.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**CARAUSTAR INDUSTRIES**
**PO BOX 935010**
**ATLANTA, GA 31193-5010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$149.92**

---

**3.57** | Nonpriority creditor's name and mailing address

**CARGILL INC**
**MANAGING AGENT**
**PO BOX 415927**
**BOSTON, MA 02241-8954**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$352,019.44**

---

**3.58** | Nonpriority creditor's name and mailing address

**CARLE & MONTANARI, USA**
**625-107 HUTTON STREET**
**RALEIGH, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,971.00**

---

**3.59** | Nonpriority creditor's name and mailing address

**CARLIN O'BRIEN**
**MANAGING AGENT**
**1851 HOWARD ST - M**
**ELK GROVE, IL 60007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$154,571.34**

---

**3.60** | Nonpriority creditor's name and mailing address

**CARLIN O'BRIEN CINCINNATI LLC**
**8500 BROADWELL ROAD**
**CINCINNATI, IL 45255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.61** | Nonpriority creditor's name and mailing address

**CASELLA WASTE SYSTEMS**
**PO BOX 1383**
**WILLISTON, VT 05495**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,993.75**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | Name | | | |

---

**3.62**

Nonpriority creditor's name and mailing address
**CASSIDY WATER CONDITIONING INC**
**39 CHELMSFORD STREET**
**LOWELL, MA 01851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.63**

Nonpriority creditor's name and mailing address
**CITRUS AND ALLIED ESSENCES LTD**
**PO BOX 28930**
**NEW TORK, NY 28930**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,490.71**

---

**3.64**

Nonpriority creditor's name and mailing address
**CITY OF REVERE**
**281 Broadway**
**Revere, MA 02151-5027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.65**

Nonpriority creditor's name and mailing address
**CLEAN HARBORS ENVIRONMENTAL**
**SERVICES INC**
**42 LONGWATER DRIVE**
**NORWELL, MA 02061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,078.50**

---

**3.66**

Nonpriority creditor's name and mailing address
**CLEMATIS MACHINE & FIXTURE CO.**
**42 CLEMATIS AVE**
**WALTHAM, MA 02154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,696.00**

---

**3.67**

Nonpriority creditor's name and mailing address
**CMD CORP.**
**P O BOX 1170**
**MILWAUKEE, WI 53201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$735.52**

---

**3.68**

Nonpriority creditor's name and mailing address
**CO SALES (S CAL)**
**13245 RIVERSIDE DRIVE**
**SUITE 540**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,735.21**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$895.61** |

**CO-SALES (AZ)**
**CENTRAL PARK FOREST**
**2700 N THIRD STREET**
**SUITE 1000**
**PHOENIX, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,350.86** |

**CO-SALES NORTHERN CALIFORNIA**
**7133 KOLL CENTER PARKWAY**
**SUITE 200**
**PLEASANTON, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,475.16** |

**COMAX MANUFACTURING**
**dba Comax Flavors**
**130 BAYLIS RD**
**MELVILLE, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |

**COMM OF MASS**
**DEPT OF FIRE SAFETY**
**PO BOX 1025 - STATE RD**
**ATTN: STEVEN ROURKE**
**Stow, MA 01775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Inspection/Fire Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,225.00** |

**Commonwealth Corporation**
**2 Oliver Street**
**5th Floor**
**Attn: Kim Bryson**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Workforce Training Fund Program Grant #60021**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPT OF INDUSTRIAL ACCIDENTS**
**PO BOX 3732**
**Boston, MA 02241-3732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Industrial Accidents Fine**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |

**COMPRESSOR ENERGY SERVICE**
**395 DANIEL WEBSTER HWY**
**#1**
**MERRIMACK, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,600.00** |
|---|---|---|
| **COYOTE LOGISTICS**<br>**2545 W. Diversey Ave.**<br>**3rd Floor**<br>**Chicago, IL 60647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$518.19** |
|---|---|---|
| **CROWN COFFEE SERVICE INC**<br>**PO BOX 244**<br>**WAKEFIELD, MA 01880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,675.04** |
|---|---|---|
| **CROWN LIFT TRUCKS**<br>**PO BOX 641173**<br>**CINCINNATI, OH 45264-1173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,278.12** |
|---|---|---|
| **CUSTOMIZED ENERGY SOLUTIONS**<br>**1528 WALNUT STREET**<br>**22ND FLOOR**<br>**PHILADELPHIA, PA 19102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,917.00** |
|---|---|---|
| **CYBERGRAPHICS**<br>**BRYCE CORPORATION LLC**<br>**PO BOX 18338**<br>**MEMPHIS, TN 38181-0338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|
| **DAIRY FARMERS OF AMERICA**<br>**2637 Collection Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.50** |
|---|---|---|
| **DALTON ELECTRIC HEATING CO INC**<br>**28 HAYWARD STREET**<br>**IPSWICH, MA 01938** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |

**DATA COUNCIL INC**
**PO BOXZ 970066**
**BOSTON, MA 02297-0066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**DAVEN CORP.**
**300 OAK STREET**
**SUITE 730**
**PEMBROKE, MA 02359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,674.11** |

**DAVID R GOLDENBERG**
**ONE TEAM ADVISORS**
**1117 SUNSET AVENUE**
**JENKINTOWN, PA 19046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,996.05** |

**DEL-VAL FOOD INGREDIENTS**
**3001 IRWIN ROAD**
**SUITE A**
**MT LAUREL, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,364.33** |

**DELANDE SUPPLY CO INC**
**58 PULASKI STREET**
**PO BOX 707**
**PEABODY, MA 01960-7707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$613.81** |

**DENNIS K BURKE INC**
**PO BOX 3639**
**BOSTON, MA 02241-3639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,657.00** |

**DILLION BOILER SERVICES CO INC**
**380 CRAWFORD STREET**
**FITCHBURG, MA 01420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$169.11**

**DING-A-LING ANSWERING SERVICE**
**PO BOX 187**
**SPARTA, TN 38583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**DIPERSIO, TONY**
**14 Wildwood Rd.**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,369.60**

**DOMINO AMJET, INC.**
**3809 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,086.62**

**DSG SOLUTIONS, LLC**
**20 MONADNOCK ST.**
**GARDNER, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144,463.15**

**DYNAMIC PACKAGING**
**MANAGING AGENT**
**1567 39TH STREET**
**BROOKLYN, NY 11218**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157,354.44**

**E.A. BERG & SONS**
**MANAGING AGENT**
**75 WEST CENTURY ROAD**
**PARAMUS, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,685.34**

**EAST COAST FILTER, INC.**
**686 SOUTH STREET**
**SUITE 7B**
**WRENTHAM, MA 02093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
| --- | --- | --- | --- |
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,989.90** |
| --- | --- | --- | --- |

**EASTERN PACKAGING INC.**
283 LOWELL ST.
LAWRENCE, MA 01840-1032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.25** |
| --- | --- | --- | --- |

**easyDNS TECHNOLOGIES INC**
ATTENTION: BILLING DEPARTMENT
300A - 219 DUFFERIN STREET
TORONTO ON M6K3J1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,305.18** |
| --- | --- | --- | --- |

**ECOLAB CENTER**
PO BOX 32027
NEW YORK, NY 10087-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,276.75** |
| --- | --- | --- | --- |

**ECOPLAST**
4619 SURF AVENUE
BROOKLYN, NY 11224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**ECRM**
27070 Miles Road
Suite A
Solon, OH 44139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
| --- | --- | --- | --- |

**EMSUR MEXICO, S.A. DE CV**
AV. DEMLAS FUENTES 78
PARQUE INDUSTRIAL FINSA
QUERETARO MEXICO 76246
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,999.00** |
| --- | --- | --- | --- |

**ESHA RESEARCH**
PO BOX 13028
SALEM, OR 97309-1028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address**
**ESSEX GRAIN PRODUCT INC.**
PO BOX 824208
PHILADELPHIA, PA 19182-4208

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$39,718.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**
**EUROPEAN AUTOMATION**
**UNIT 3 PARKER COURT**
**STAFFORD TECHNOLOGY PARK**
**STAFFORDSHIRE UK ST18 OWP**
**ENGLAND**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$1,103.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**
**EXHIBIT SOURCE INC**
**17035 S WALLACE AVENUE**
**SOUTH HOLLAND, IL 60473**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$563.39**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**
**EXPERT LASER SERVICES, INC.**
**P. O. BOX 744**
**SOUTHBRIDGE, MA 01550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$4,045.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**
**FAMILY DOLLAR STORES**
PO Box 742706
Atlanta, GA 30374-2706

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$1,346.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer refund due**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**
**FASTEC SERVICES CO.**
PO BOX 14112
**CHARLESTON, SC 29422**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$1,290.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**
**FASTENAL CO.**
**P.O. BOX 1286**
**WINONA, MN 55987-0978**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.  **$2,526.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,842.47** |

**FEDERAL EXPRESS CORP**
**PO BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$330.00** |

**FIRST ELECTRIC MOTOR**
**SERVICE INC.**
**73 OLYMPIA AVENUE**
**WOBURN, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,656.58** |

**FLAVORCHEM CORP**
**1525 BROOK DR**
**DOWNES GROVE, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,815.61** |

**FLEXOGRAPHIC PRINTING PLATE CO**
**33 ARCTIC STREET**
**WORCESTER, MA 01604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,600.43** |

**FONA INTERNATIONAL INC.**
**PO BOX 71333**
**CHICAGO, IL 60694-1333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,325.32** |

**FOOD INGREDIENT SOLUTIONS, LLC**
**10 MALCOLM AVENUE**
**UNIT 1**
**TETERBORO, NJ 07608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,875.00** |

**FOODAROM**
**4343 VIEWRIDGE AVENUE**
**SUITE B**
**SAN DIEGO, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,270.39** |
|---|---|---|---|

**FREEMAN**
**PO BOX 650036**
**DALLAS, TX 75265-0036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,423.50** |
|---|---|---|---|

**FRUTAROM USA INC**
**PO BOX 841921**
**BOSTON, MA 02284-1921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,891.17** |
|---|---|---|---|

**GENALCO INC**
**333 RESERVOIR ST.**
**NEEDHAM HTS., MA 02494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$524,377.07** |
|---|---|---|---|

**GENERAL CONVERTING INC**
**MANAGING AGENT**
**PO BOX 88460**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475,008.50** |
|---|---|---|---|

**GENPRO**
**MANAGING AGENT**
**201 NJ-17 #400**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.95** |
|---|---|---|---|

**GLOBAL EQUIPMENT COMPANY**
**29833 NETWORK PLACE**
**CHICAGO, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,529.56** |
|---|---|---|---|

**GODWIN ASSOCIATES**
**5963 BRYN BROOKE DR**
**RALEIGH, NC 27614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **New England Confectionery Company, Inc.**

Case number *(if known)*    **18-11217**

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,618.33**

**GRAINGER**
**DEPT 881139448**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.62**

**GRAYBAR ELECTRIC COMPANY, INC.**
**PO BOX 414426**
**BOSTON, MA 02241-4426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,179.99**

**GUMIX INTERNATIONAL**
**2160 NORTH CENTRAL RD**
**FORT LEE, NJ 07024-7552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,812.01**

**H E BUTT GROCERY CO**
**PO Box 202531**
**Dallas, TX 75320-2531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer refund due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,003.15**

**H P HOOD INC.**
**P.O. BOX 4060**
**BOSTON, MA 02211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,565.44**

**HALLEY ELEVATOR CO**
**11 TYNG STREET**
**NEWBURYPORT, MA 01950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Handel, Mary**
**2907 Dumbarton St NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **New England Confectionery Company, Inc.**

Name

Case number (if known)  **18-11217**

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**HANSON, RICHARD**
**26 Windsor Ave.**
**Lynn, MA 01902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $890.52 |

**HAYSSEN**
**25242 NETWORK PLACE**
**CHICAGO, IL 60673-1252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,350.00 |

**HILL HOLLIDAY LLC**
**53 STATE STREET**
**BOSTON, MA 02109**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt dispute re services allegedly provided**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,989.72 |

**HOCKENBERG NEWBURGH**
**1400 NW 100TH STREET**
**CLIVE, IA 50325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,759.55 |

**HOPE INDUSTRIAL SYSTEMS INC**
**1325 NORTHMEADOW PARKWAY**
**SUITE 100**
**ROSWELL, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43,602.52 |

**HOWELLS MOTOR FREIGH**
**P. O. Box 12308**
**Roanoke, VA 24024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,865.00 |

**HPR FIRE PROTECTION CO.**
**52 MORRISON ROAD WEST**
**WAKEFIELD, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address

**HUNTER PROTECTIVE SERVICES INC**
**10 MALL ROAD**
**STE 125**
**BURLINGTON, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$42,385.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address

**HYGIENA**
**941 AVENIDA ACASO**
**ATT: ACCTS. RECEIVABLE**
**CAMARILLO, CA 93012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$852.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address

**IAB SOLUTIONS LLC**
**233 Northern Blvd**
**Suite 2**
**Clarks Summit, PA 18411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address

**IBM CORPORATION**
**P.O. BOX 534151**
**ATLANTA, GA 30353-4151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address

**INDEPENDENT DAIRY COMMODITIES LLC**
**MANAGING AGENT**
**1201 CENTRE STREET**
**SUITE 2**
**EASTON, PA 18042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$144,646.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address

**INDIANA SUGARS**
**5918 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$29,243.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address

**INDUSTRIAL SALES &**
**DISTRIBUTOIN INC**
**PO BOX 394**
**WESTERLY, RI 02891**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$29,672.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,172.66** |
|---|---|---|---|

**INDUSTRIAL SILO SOURCE INC**
**2444 WILLIAMS HIGHWAY**
**PO BOX 276**
**WILLIAMSTOWN, WV 26187-0276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,337.54** |
|---|---|---|---|

**INDUSTRIAL TIRE SALES INC.**
**7 GRANT AVE**
**BURLINGTON, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,894.43** |
|---|---|---|---|

**INTERFLEX GROUP**
**MANAGING AGENT**
**PO BOX 74744**
**CHICAGO, IL 60694-4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,343.60** |
|---|---|---|---|

**INTERNATIONAL FOODCRAFT**
**MANAGING AGENT**
**1601 EAST LINDEN AVENUE**
**LINDEN, NJ 07036-1508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,505.05** |
|---|---|---|---|

**INTERNATIONAL MOLASSES**
**P.O. BOX 67**
**ROCHELLE PARK, NJ 07662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,989.65** |
|---|---|---|---|

**INTERSTATE CONTAINER CORP.**
**ATTN: LOCKBOX OPERATION 536338**
**307 23RD ST EXTENSION**
**SUITE 950**
**PITTSBURGH, PA 15215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,667.50** |
|---|---|---|---|

**IPSUMM**
**68 NEW HAMPSHIRE AVENUE**
**PORTSMOUTH, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,267.40** |
|---|---|---|---|

**J MIKE ALEXANDER & ASSOC**
**6400 ATHENS - BOONESBORO RD**
**LEXINGTON, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,354.20** |
|---|---|---|---|

**JACKSON LEWIS PC**
**PO BOX 416019**
**BOSTON, MA 02241-6019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**JIFFY MART**
**PO BOX 229**
**PERKINSVILLE, VT 05151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer refund due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Johnson, Brendan**
**24 Laurel Ave.**
**Methuen, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,319.55** |
|---|---|---|---|

**KAHLER-SENDERS GROUP, INC.**
**ATTN: COMMISSIONS DEPT**
**4706 - A 20TH STREET EAST**
**FIFE, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kapferer, Peter**
**12521 Bane Lane**
**Lyndonville, NY 14098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,918.75** |
|---|---|---|---|

**KATRINA ST COLUMBIA**
**1303 SANFORD DRIVE**
**BENTONVILLE, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,538.09**

**KLIKLOK CORPORATION**
**5224 SNAPFINGER WOODS DR.**
**DECATUR, GA 30035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,874.00**

**KOSTER KEUNEN, INC.**
**P.O. BOX 69**
**WATERTOWN, CT 06795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kredor, Theodor**
**616 Ashwood Drive**
**Keller, TX 76248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,384.78**

**LCL BULK TRANPORT IN**
**2100 Riverside Dr**
**Green Bay, WI 54301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.00**

**LIFE SUPPORT SYSTEMS**
**59 ALLIED DRIVE**
**DEDHAM, MA 02026-0051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,097.50**

**M A PATTERSON COMPANY**
**530 SOUTH NOLEN DRIVE**
**SOUTHLAKE, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,920.00**

**M. KORSON & CO**
**91 Washington St**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.167**

Nonpriority creditor's name and mailing address

**MALTZ SALES CO. INC.**
**67 GREEN STREET**
**FOXBORO, MA 02035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,782.83**

---

**3.168**

Nonpriority creditor's name and mailing address

**MANCINI SALES & MARKETING**
**PO BOX 57218**
**SALT LAKE CITY, UT 84157-0218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,086.12**

---

**3.169**

Nonpriority creditor's name and mailing address

**MANDLIK & RHODES**
**PO Box 249**
**Barrington, IL 60011-0249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170**

Nonpriority creditor's name and mailing address

**MANTROSE-BRADSHAW-ZINSSER GROUP**
**P.O. BOX 931949**
**CLEVELAND, OH 44193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,390.00**

---

**3.171**

Nonpriority creditor's name and mailing address

**MARKEM - IMAJE CORPORATION**
**PO BOX 3542**
**BOSTON, MA 02241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,714.12**

---

**3.172**

Nonpriority creditor's name and mailing address

**MASS DEPARTMENT OF ENVIRONMENTAL PROTECTION**
**P. O. BOX 3982**
**BOSTON, MA 02211-3982**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173**

Nonpriority creditor's name and mailing address

**MASSACHUSETTS LABOR LAW POSTER SERVICE**
**71 COMMERCIAL STREET #311**
**BOSTON, MA 00210-9132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**MASSACHUSETTS MANUFACTURING EXTENSION PARTENSHIP INC**
**100 GROVE STREET**
**SUITE 108**
**WORCESTER, MA 01605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,476.60**

**MAYFIELD TRANSFER CO**
**3200 W. Lake Street**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,459.04**

**MAYS CHEMICAL COMPANY**
**PO BOX 844598**
**BOSTON, MA 02284-4598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,243.90**

**MCINTOSH BOX & PALLET CO INC**
**5864 PYLE DRIVE**
**EAST SYRACUSE, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,720.54**

**MCMASTER-CARR SUPPLY CO**
**P.O. BOX 7690**
**CHICAGO, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,898.10**

**MEMIC INDEMNITY CO**
**PO BOX 9500**
**LEWISTON, ME 04243-9500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$442.80**

**MERCHANDISING SERVICES CO**
**9891 MONTGOMERY RD**
**#320**
**CINCINNATI, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (*if known*) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.181**  **Nonpriority creditor's name and mailing address**

**METTLER - TOLEDO SAFELINE**
**22677 NETWORK PLACE**
**CHICAGO, IL 60673-1226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,806.98**

---

**3.182**  **Nonpriority creditor's name and mailing address**

**MIDDLESEX GASES & TECHNOLOGIES**
**PO BOX 490249**
**EVERETT, MA 02149**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,313.31**

---

**3.183**  **Nonpriority creditor's name and mailing address**

**MOI FOODS USA INC**
**1300 RIDENOUR BLVD**
**SUITE 210**
**KENNESAW, GA 30152**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$50,182.80**

---

**3.184**  **Nonpriority creditor's name and mailing address**

**MOLECULAR SYSTEMS OF N.E.,INC.**
**2 MILL & MAIN PLACE**
**SUITE 525**
**MAYNARD, MA 01754**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$253.90**

---

**3.185**  **Nonpriority creditor's name and mailing address**

**MOTION INDUSTRIES, INC.**
**PO BOX 415749**
**BOSTON, MA 02241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,558.61**

---

**3.186**  **Nonpriority creditor's name and mailing address**

**MY FAX**
**2 GURDWARA ROAD**
**SUITE 300**
**OTTAWA ON K2E1A2**
**CANADA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8.70**

---

**3.187**  **Nonpriority creditor's name and mailing address**

**MYSTIC LANDSCAPING**
**104 BOW STREET**
**PEABODY, MA 01960**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,400.00**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312,792.24** |

**NATIONAL GRID**
**MANAGING AGENT**
**PO BOX 11737**
**NEWARK, NJ 07101-4737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**NATIONAL GRID**
**PO BOX 11735**
**NEWARK, NJ 07101-4735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Neave, Thomas
15 Wedgewood Ct
Newtown, CT 06470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Expense Reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,774,826.78** |

**NECCO REALTY MA I**
**2 BETHESDA METRO CENTER 14TH FLOOR**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2007 though April 2017**

Basis for the claim:  **Uncollected rent prior to current lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,262.76** |

**NEOGEN CORPORATION**
**25153 NETWORK PLACE**
**CHICAGO, IL 60673-1251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |

**NESC STAFFING CORP**
**PO BOX 204653**
**DALLAS, TX 75320-4653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,553.00** |

**NESTLE QUALITY ASSURANCE**
**ATTN: ACCOUNTING OPERATIONS**
**445 STATE STREET**
**FREMONT, MI 49413**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,508.31** |

**NEW BOSTON PUMP SERVICE, INC.**
**6 RAYMOND AVE**
**UNIT B1**
**SALEM, NH 03079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,450.50** |

**NEW ENGLAND CONTROLS**
**9 OXFORD ROAD**
**MANSFIELD, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$514,922.76** |

**NEW ENGLAND MOTOR FREIGHT**
**MANAGING AGENT**
**1-71 North Avenue East**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$602,837.07** |

**NEW ENGLAND WOODEN WARE CORP.**
**MANAGING AGENT**
**205 SCHOOL STREET**
**STE 201**
**GARDNER, MA 01440-2781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$202.51** |

**NEW PENN MOTOR EXPRE**
**625 South 5th Avenue**
**Lebanon, PA 17042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,178.15** |

**NORTECH PACKAGING LLC**
**DBA TISHMA TECHNOLOGIES**
**101 EAST STATE PARKWAY**
**SCHAUMBURG, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$261,269.67** |

**NORTH CENTRAL COMPANIES**
**MANAGING AGENT**
**601 CARLSON PARKWAY #400**
**MINNETONKA, MN 55305**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,892.21**

**NORTHEAST ENVIRONMENTAL LAB**
**41 DAYTON ST**
**DANVERS, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,635.00**

**NORTHLAND INDUSTRIAL TRUCK CO**
**PO BOX 845534**
**BOSTON, MA 02284-5534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,803.00**

**NORTHRUP PRINTING**
**919 WINTHROP AVENUE**
**REVERE, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,501.37**

**OLMSTED-FLINT, INC.**
**31 DRAPER STREET**
**WOBURN, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$843.15**

**OMEGA ENGINEERING**
**26904 NETWORK PLACE**
**CHICAGO, IL 60673-1269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**ONE CALL VENTILATION**
**277 WASHINGTON STREET**
**WEYMOUTH, MA 02188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,112.38**

**OXFORD GRAPHICS**
**PO BOX 1000**
**DEPT 0114**
**MEMPHIS, TN 38148-0114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.209** | **Nonpriority creditor's name and mailing address**

**PACKAGING CORP OF AMERICA**
**OF AMERICA**
**P.O, BOX 12406**
**NEWARK, NJ 07101-3506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,740.20**

---

**3.210** | **Nonpriority creditor's name and mailing address**

**PARKER INGREDIENTS, LLC**
**411 THEODORE FREMD AVE**
**RYE, NY 10580**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$15,711.30**

---

**3.211** | **Nonpriority creditor's name and mailing address**

**PAULAUR CORPORATION**
**105 MELRICH ROAD**
**CRANBURY, NJ 08512**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,580.00**

---

**3.212** | **Nonpriority creditor's name and mailing address**

**PEAKER SERVICES INC**
**8080 KENSINGTON COURT**
**BRIGHTON, MI 48116-8591**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,771.84**

---

**3.213** | **Nonpriority creditor's name and mailing address**

**PIAB USA, INC.**
**65 SHARP ST.**
**ATTN: FINANCE DEPT.**
**HINGHAM, MA 02043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,729.96**

---

**3.214** | **Nonpriority creditor's name and mailing address**

**PINNACLE BUSINESS PRODUCTS LLC**
**PO BOX 419130**
**BOSTON, MA 02241-9130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,777.35**

---

**3.215** | **Nonpriority creditor's name and mailing address**

**POLYKING, INC.**
**2227 LAKEWOOD DRIVE**
**NOKOMIS, FL 34275**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,251.00**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|

Name

---

**3.216**

**Nonpriority creditor's name and mailing address**

**PRIME INGREDIENTS INC.**
**280 NORTH MIDLAND AVE**
**SUITE 316**
**SADDLE BROOK, NJ 07663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$6,465.80**

---

**3.217**

**Nonpriority creditor's name and mailing address**

**PROMARK MARKETING**
**PO BOX 790**
**CARENCRO, LA 70520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,936.82**

---

**3.218**

**Nonpriority creditor's name and mailing address**

**PURCHASE POWER**
**PO BOX 371874**
**PITTSBURGH, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,256.42**

---

**3.219**

**Nonpriority creditor's name and mailing address**

**QUENCH USA INC**
**PO BOX 8500 LOCKBOX 53203**
**PHILADELPHIA, PA 19178-3203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$127.51**

---

**3.220**

**Nonpriority creditor's name and mailing address**

**QUILL**
**P. O. BOX 37600**
**PHILADELPHIA, PA 19101-0600**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,827.40**

---

**3.221**

**Nonpriority creditor's name and mailing address**

**R & L CARRIERS**
**600 Gillham Rd.**
**Wilmington, OH 45177**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,664.24**

---

**3.222**

**Nonpriority creditor's name and mailing address**

**RADWELL INTERNATIONAL, INC.**
**PO BOX 419343**
**BOSTON, MA 02241-9343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$133.43**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | Name | | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,176.00** |
|---|---|---|---|

**RAND WHITNEY CONTAINER CORP**
**PO BOX 847459**
**BOSTON, MA 02284-7459**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,843.00** |
|---|---|---|---|

**RECCO, INC**
**22 SIXTH ROAD**
**WOBURN, MA 01801-1735**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,689.58** |
|---|---|---|---|

**REDTAIL SOLUTIONS**
**75 REMITTANCE DR**
**DEPT 6541**
**CHICAGO, IL 60675-6541**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**REPUBLIC SERVICES #94**
**P. O. BOX 9001099**
**LOUISVILLE, KY 40290-1099**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|

**ROFFMAN HORVITZ, PLC**
**8300 GREENSBORO DRIVE**
**SUITE 800**
**MCLEAN, VA 22102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.47** |
|---|---|---|---|

**ROSS UPSTATE SALES & MARKETING**
**480 BROADWAY LL-23**
**SARATOGA SPRINGS, NY 12866**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,837.25** |
|---|---|---|---|

**ROYAL CUSTOMS BROKERS INC**
**PO BOX 1117**
**FORT ERIE ON L2A5N9**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

**3.230**

Nonpriority creditor's name and mailing address

**SESOTEC INC**
**1234 HARDT CIRCLE**
**BARTLETT, IL 60103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,131.60**

---

**3.231**

Nonpriority creditor's name and mailing address

**SETTERSTIX**
**PO BOX 978691**
**DALLAS, TX 75397-8691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,399.73**

---

**3.232**

Nonpriority creditor's name and mailing address

**SGS REFRIGERATION INC**
**827 PROGRESS DRIVE**
**DIXON, IL 61021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$533.83**

---

**3.233**

Nonpriority creditor's name and mailing address

**SHANGHAI HANCHANG PRINTING**
**c/o Ungermans Packaging Solutions**
**1699 Highway #1**
**Fairfield, IA 52556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$532,278.50**

---

**3.234**

Nonpriority creditor's name and mailing address

**SHELL ENERGY N. AMERICA (US)**
**PO BOX 7247-6355**
**PHILADELPHIA, PA 19170-6355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,535.38**

---

**3.235**

Nonpriority creditor's name and mailing address

**SHI CORP**
**PO BOX 952121**
**DALLAS, TX 75395-2121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,445.75**

---

**3.236**

Nonpriority creditor's name and mailing address

**SHRINK PACKAGING SYSTEMS INC.**
**PO BOX 845454**
**BOSTON, MA 02284-5454**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,639.95**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,031.60** |
|---|---|---|---|

**SILESIA FLAVORS, INC.**
**5250 PRAIRIE STONE PARKWAY**
**HOFFMAN ESTATES, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,276.51** |
|---|---|---|---|

**SILLIKER INC**
**3155 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,457.66** |
|---|---|---|---|

**SILLIKER INC**
**6390 HEDGEWOOD DRIVE**
**ALLENTOWN, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,038.40** |
|---|---|---|---|

**SIMPLEXGRINNELL LP**
**DEPT. CH 10320**
**PALATINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,782.87** |
|---|---|---|---|

**SIXTO PACKAGING**
**MANAGING AGENT**
**13301 NW 38 CT**
**MIAMI, FL 33054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt subject to settlement discussions**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,973.23** |
|---|---|---|---|

**Solid Gold Chocolate**
**1070 East 2nd Street**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,547.46** |
|---|---|---|---|

**SONOCO PRODUCTS COMPANY**
**91218 COLLECTIONS CENTER DRIVE**
**CUST# RPP0070002**
**PLANT # DO14**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,933.53** |
|---|---|---|---|

**SPARKS BELTING CO.**
**3800 STAHL DRIVE SE**
**GRAND HAVEN, MI 49546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,896.20** |
|---|---|---|---|

**SPECIALIZED PLASTICS**
**MANAGING AGENT**
**567 MAIN ST**
**HUDSON, MA 01749**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,857.50** |
|---|---|---|---|

**SPINNING WHEELS EXPR**
**152 Lynnway**
**Lynn, MA 01902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$909.00** |
|---|---|---|---|

**SPS COMMERCE**
**PO BOX 205782**
**DALLAS, TX 75320-5782**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**SQFI**
**FOOD MARKETING INSTITUE**
**2345 CRYSTAL DRIVE**
**SUITE 8100 ATTN: AR**
**ARLINGTON, VA 22202-4801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,727.10** |
|---|---|---|---|

**STAPLES INDUSTRIAL**
**PO BOX 415256**
**BOSTON, MA 02241-5256**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,382.10** |
|---|---|---|---|

**STAR SNACKS CO.,LLC.**
**105 HARBOR DRIVE**
**JERSEY CITY, NJ 07305**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,200.00** |
|---|---|---|---|

**SUN VALLEY RAISINS INC**
**MANAGING AGENT**
**9595 S HUGHES**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,586.67** |
|---|---|---|---|

**SUNBELT RENTALS**
**800 HARTFORD TPKE OFC**
**SHREWSBURY, MA 01545-4107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,437.21** |
|---|---|---|---|

**SUPREME INDUSTRIAL PRODUCTS**
**11 NORFOLK STREET**
**UNIT 3**
**MANSFIELD, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,663.08** |
|---|---|---|---|

**SWEETENERS PLUS, INC.**
**MANAGING AGENT**
**PO BOX 150**
**WARSAW, NY 14569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,292.37** |
|---|---|---|---|

**TANIS CONFECTIONERY**
**PO BOX 331**
**4900 AH OOSTERHOUT**
**MADE NL 4921 PJ**
**THE NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,222.80** |
|---|---|---|---|

**TEACHERS DISCOVERY**
**2741 PALDAN DRIVE**
**AUBURN HILLS, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer refund due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166,225.00** |
|---|---|---|---|

**TEAM EXPRESS INC**
**40 Strafello Dr**
**Avon, MA 02322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.39** |

**TERPCO INC**
**99 16TH ST SW**
**BARBERTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,345.51** |

**TERRILL TRANSPORTATI**
**6818 Patterson Pass Rd.**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**THE ANGELL PENSION GROUP INC**
**88 BOYD AVENUE**
**EAST PROVIDENCE, RI 02915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,765.00** |

**THERMO - CRAFT ENGINEERING**
**701 WESTERN AVENUE**
**LYNN, MA 01905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$457.87** |

**THIELE ENG.**
**25235 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,640.00** |

**TIC GUMS**
**4609 RICHLYNN DRIVE**
**BELCAMP, MD 21017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,798.47** |

**TPX COMMUNICATIONS**
**PO BOX 984001**
**BOSTON, MA 02298-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.265**

**Nonpriority creditor's name and mailing address**

TRAFFIC AUDIT & BUREAU
SERVICES INC
PO BOX 6154
CHELSEA, MA 02150-0006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266**

**Nonpriority creditor's name and mailing address**

TRANSMAR COMMODITY GROUP
MANAGING AGENT
200 SOUTH ST
MORRISTOWN, NJ 07960

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$294,847.34**

---

**3.267**

**Nonpriority creditor's name and mailing address**

TRASK PETROLEUM EQUIPMENT CO
800ELMWOOD AVENUE
PROVIDENCE, RI 02907

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,492.75**

---

**3.268**

**Nonpriority creditor's name and mailing address**

TRELFA LABS INC
6 MERRILL STREET
UNIT 4
SALISBURY, MA 01952

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,190.00**

---

**3.269**

**Nonpriority creditor's name and mailing address**

TRICO CORPORATION
47 ANTARES DRIVE
OTTAWA ON K2E 7W6
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ■ Yes

**$119,646.56**

---

**3.270**

**Nonpriority creditor's name and mailing address**

TUV SUD AMERICA INC
PO BOX 536415
PITTSBURGH, PA 15253-5906

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,427.05**

---

**3.271**

**Nonpriority creditor's name and mailing address**

U.S. PLASTICS CORP.
1390 NEWBRECHT ROAD
LIMA, OH 45801

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,276.50**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.272**

**Nonpriority creditor's name and mailing address**

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,116.23**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**UNGERER & COMPANY**
**4 BRIDGEWATER LANE**
**LINCOLN PARK, NJ 07035**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,753.78**

---

**3.274**

**Nonpriority creditor's name and mailing address**

**UNICORR PACKAGING GROUP**
**MANAGING AGENT**
**4282 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$248,799.46**

---

**3.275**

**Nonpriority creditor's name and mailing address**

**UNITED COCOA PROCESSOR, INC.**
**MANAGING AGENT**
**PO BOX 21064**
**NEW YORK, NY 10087-1064**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$370,502.37**

---

**3.276**

**Nonpriority creditor's name and mailing address**

**UNITED SALES CORP**
**PO BOX 2688**
**VIRGINIA BEACH, VA 23450-2688**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$379.97**

---

**3.277**

**Nonpriority creditor's name and mailing address**

**United States Trustee**
**5 Post Office Square**
**Suite 1000**
**Boston, MA 02109-3934**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.278**

**Nonpriority creditor's name and mailing address**

**UNITED SUGAR CORP.**
**MANAGING AGENT**
**SDS 12-0548**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$159,599.27**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
|---|---|---|---|
| | Name | | |

---

**3.279**  **Nonpriority creditor's name and mailing address**

**US PLASTIC TRADING &
LOGISTICS INC
20883 NE 30TH COURT
AVENTURA, FL 33180**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$8,501.72**

---

**3.280**  **Nonpriority creditor's name and mailing address**

**VERIZON
PO BOX 15043
ALBANY, MA 12212-5043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$581.34**

---

**3.281**  **Nonpriority creditor's name and mailing address**

**VERIZON WIRELESS
PO BOX 15062
ALBANY, NY 12212-5062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$974.82**

---

**3.282**  **Nonpriority creditor's name and mailing address**

**VERNDALE SALES CO.
MANAGING AGENT
P.O. BOX 59001
DETROIT, MI 48267-5900**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$92,084.00**

---

**3.283**  **Nonpriority creditor's name and mailing address**

**VIDEOJET TECHNOLOGIES, INC
12113 COLLECTION CENTER DRIVE
CHICAGO, IL 60693**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$646.11**

---

**3.284**  **Nonpriority creditor's name and mailing address**

**WARREN PIKE ASSOC
DIV JG INDUSTRIES
45 SOUTH ST
HOPKINTON, MA 01748**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,987.14**

---

**3.285**  **Nonpriority creditor's name and mailing address**

**WATSON FOODS CO., INC.
301 HEFFERNAN DRIVE
WEST HAVEN, CT 06516**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$36,960.00**

---

| Debtor | **New England Confectionery Company, Inc.** | Case number (if known) | **18-11217** |
| --- | --- | --- | --- |
| | Name | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,906.95** |
| --- | --- | --- | --- |

**WICKED STAFFING SOLUTIONS LLC**
**165 SOUTH RIVER ROAD**
**UNIT C**
**BEDFORD, NH 03110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,897.92** |
| --- | --- | --- | --- |

**WILLIAMSON NEW ENGLAND**
**SERVICE CORP**
**PO BOX 6265**
**CHELSEA, MA 02150**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,699.71** |
| --- | --- | --- | --- |

**XYLEM WATER SOLUTIONS USA INC**
**78K OLYMPIA AVENUE**
**WOBURN, MA 01801**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,065.75** |
| --- | --- | --- | --- |

**ZAJAC**
**92 INDUSTRIAL ROAD**
**SACO, ME 04072**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 36,312.57 |
| 5b. Total claims from Part 2 | 5b. + | $ | 45,117,357.77 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 45,153,670.34 |

**Fill in this information to identify the case:**

Debtor name      **New England Confectionery Company, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **18-11217**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Contract for Landscape dated 3/2/2016** |
| State the term remaining | **Abbott Construction & Landscaping LLC** |
| List the contract number of any government contract | **7 Towne Rd.** **Boxford, MA 01921** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement dated 9/8/2015** |
| State the term remaining | **AMERICAN CAPITAL, LTD.** |
| List the contract number of any government contract | **2 BETHESDA METRO CENTER, 14TH FL** **BETHESDA, MD 20814** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
| State the term remaining | **Anderson Group** **111 2nd Ave NE** |
| List the contract number of any government contract | **Suite 1520** **Saint Petersburg, FL 33701** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 3/1/2013** |
| State the term remaining | **Archpoint, Inc.** **140 HEIMER ROAD** |
| List the contract number of any government contract | **SUITE 200** **SAN ANTONIO, TX 78232** |

Debtor 1  **New England Confectionery Company, Inc.**                          Case number (*if known*)  **18-11217**
    First Name     Middle Name     Last Name

### ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated November 9, 2010** | |
|---|---|---|---|
| | State the term remaining | | **Arellano, George** |
| | List the contract number of any government contract | | **19 Boardman St #2 East Boston, MA 02128** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Indenture of Lease** | |
|---|---|---|---|
| | State the term remaining | | **Atlantic-Revere Realty LLC c/o Atlantic Management Company, Inc. 205 Newbury Street Attn: Joseph Zink Framingham, MA 01701** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement effective May 1, 2017** | |
|---|---|---|---|
| | State the term remaining | | **BAKERY & CONFECT. LOCAL #348 1 PLEASANT ST FRAMINGHAM, MA 01701** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Processing Agreement dated 11/12/2014** | |
|---|---|---|---|
| | State the term remaining | | **Bariatrix Nutrition, Inc. 4905 Fairway Lachine Quebec H8T 1B7 CANADA** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Prepetition Management Plan** | |
|---|---|---|---|
| | State the term remaining | | **Barnes, Thomas 2861 Darby's Run Tarpon Springs, FL 34688** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated June 16, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Basile, Alex 544 Park Ave Revere, MA 02151** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **New England Confectionery Company, Inc.**                                    Case number *(if known)*    **18-11217**
　　　　　　First Name　　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **BBX Capital** |
|  | List the contract number of any government contract |  | **401 E Las Olas Blvd**<br>**Suite 800**<br>**Fort Lauderdale, FL 33301** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **BHMS Investments** |
|  | List the contract number of any government contract |  | **126 E 56th St**<br>**19th Floor**<br>**New York, NY 10022** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 4/1/2013** |  |
|---|---|---|---|
|  | State the term remaining |  | **Blackford, Inc.** |
|  | List the contract number of any government contract |  | **PO BOX 7629**<br>**SHAWNEE MISSION, KS 66207** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Blackstreet Capital Holdings, LLC** |
|  | List the contract number of any government contract |  | **5425 Wisconsin Ave**<br>**Suite 701**<br>**Chevy Chase, MD 20815** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract dated 10/23/2017** |  |
|---|---|---|---|
|  | State the term remaining |  | **Brooks Peanut Company** |
|  | List the contract number of any government contract |  | **402 East Main St.**<br>**PO Box 305**<br>**Samson, AL 36477** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | **Brynwood Partners**<br>**8 Sound Shore Drive**<br>**Suite 265**<br>**Greenwich, CT 06830** |
|---|---|---|---|

| Debtor 1 | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
| | First Name   Middle Name   Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 5/15/2013** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Burdett Beckmann, Inc.**
**5851 JOHNSON STREET**
**HOLLYWOOD, FL 33021**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Maintenance Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Canon Solutions America**
**300 Commerce Square Bvd.**
**Burlington, NJ 08016**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Contract Num: 400093928 dated 11/01/2017** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Cargill Texturizing Solution**
**15407 MCGINTY ROAD WEST**
**WAYZATA, MN 55391**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 2/15/2013** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**CARLIN O'BRIEN**
**1851 HOWARD STREET - M**
**ELK GROVE, IL 60007**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated November 9, 2010** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Centeio, Arlindo**
**49 Hecla Street #1**
**Dorchester, MA 02122**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Professional Services dated 11/10//2015** | |
|---|---|---|---|
| | State the term remaining | | **CG Silvers Consulting, LLC** |
| | List the contract number of any government contract | | **4440 Blue Ridge Drive Douglasville, GA 30135** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Conveyance, assignment and transfer agreent dated 12/5/2007** | |
|---|---|---|---|
| | State the term remaining | | **CITY OF REVERE** |
| | List the contract number of any government contract | | **281 Broadway Revere, MA 02151-5027** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Tax Incremental Financing Agreement dated 6/25/2003** | |
|---|---|---|---|
| | State the term remaining | | **CITY OF REVERE** |
| | List the contract number of any government contract | | **281 Broadway Revere, MA 02151-5027** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 8/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **Co-Sales, Inc.-Intermountain Division** |
| | List the contract number of any government contract | | **13245 RIVERSIDE DRIVE SUITE 540 SHERMAN OAKS, CA 91423** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 8/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **Co-Sales, Inc.-Northern California Divis** |
| | List the contract number of any government contract | | **7133 KOLL CENTER PARKWAY SUITE 200 PLEASANTON, CA 94566** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 8/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **Co-Sales, Inc.-Southern California Divis** |
| | List the contract number of any | | **13245 RIVERSIDE DRIVE SUITE 540 SHERMAN OAKS, CA 91423** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **New England Confectionery Company, Inc.** | Case number *(if known)* | **18-11217** |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated October 23, 2017** | |
| | State the term remaining | | **Coletti, John** |
| | List the contract number of any government contract | | **59 Norfolk Ave** **Swampscott, MA 01907** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Workforce Training Fund Program Grant #60021** | |
| | State the term remaining | | **Commonwealth Corporation** **2 Oliver Street** **5th Floor** |
| | List the contract number of any government contract | | **Attn: Kim Bryson** **Boston, MA 02109** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Access Program Agreement Number 126** | |
| | State the term remaining | | **Confectioners Association of the U.S.A.** **110130th Street NW** **Suite #200** |
| | List the contract number of any government contract | | **Washington, DC 20007** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Prepetition Management Plan** | |
| | State the term remaining | | **Corey, Jeanne** |
| | List the contract number of any government contract | | **128 Highview St.** **Westwood, MA 02090** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Task Order 2016-0219 pursuant to 2016 PROFESSIONAL SERVICES AGREEMENT** | |
| | State the term remaining | | **Customized Energy Solutions Ltd.** **1528 Walnut Street** **22nd Floor** |
| | List the contract number of any government contract | | **Philadelphia, PA 19102** |

Debtor 1    **New England Confectionery Company, Inc.**                                    Case number (*if known*)    **18-11217**
_____    _____                         _____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated July 14, 2017** | |
|---|---|---|---|
| | State the term remaining | | **DelMonti Jr, Phillip** |
| | List the contract number of any government contract | | **5 Howlett Street** |
| | | | **Topsfield, MA 01983** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Limited License to Use Trademarks dated 4/15/2016** | |
|---|---|---|---|
| | State the term remaining | | **Dixie Union Station** |
| | List the contract number of any government contract | | **110 West Main Street** |
| | | | **Mason, OH 45050** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Doug Dobrinsky** |
| | | | **d/b/a DD Focused Sales Solutions** |
| | List the contract number of any government contract | | **2629 No Side Rd** |
| | | | **Burlington ON L7M 0T1** |
| | | | **CANADA** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **ITx Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DSCI, LLC** |
| | List the contract number of any government contract | | **3030 Wyman Street** |
| | | | **Waltham, MA 02451** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated November 9, 2010** | |
|---|---|---|---|
| | State the term remaining | | **Dutra, Eduardo** |
| | List the contract number of any government contract | | **69 Appleton St.** |
| | | | **Arlington, MA 02476** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 3/1/2014** | |
|---|---|---|---|
| | State the term remaining | | **E.A. Berg and Sons, Inc.** |
| | List the contract number of any | | **75 WEST CENTURY ROAD** |
| | | | **PARAMUS, NJ 07652** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elvan**<br>**Suite 201**<br>**Salem, NH 03079** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated August 29, 2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Etienne, Jacqueline**<br>**PO Box 462**<br>**East Boston, MA 02128** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eurazeo North America, Inc.**<br>**745 5th Ave**<br>**New York, NY 10151** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Partnership Program Agreement dated 4/1/2016** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EXPERT LASER SERVICES, INC.**<br>**P. O. BOX 744**<br>**SOUTHBRIDGE, MA 01550** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Frankford Candy**<br>**9300 Ashton Rd**<br>**Philadelphia, PA 19114** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated October 21, 2013** | **Godwin Associates, LLC**<br>**5963 Bryn Brooke Dr.**<br>**Raleigh, NC 27614** |
|---|---|---|---|

| Debtor 1 | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Service Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Golden Touch Computer Solutions**<br>**PO Box 9035**<br>**Concord, NH 03303** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gordon Brothers Commercial & Industrial**<br>**800 Boylston St**<br>**27th Floor**<br>**Boston, MA 02199** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated June 9, 2017** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gosine, Stephen**<br>**54 Bromfield Street**<br>**Unit #5**<br>**Newburyport, MA 01950** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated March 26, 2018** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Handel, Mary**<br>**2907 Dumbarton St NW**<br>**Washington, DC 20007** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Highlander Partners**<br>**300 Crescent Court**<br>**Suite 550**<br>**Dallas, TX 75201** |

| Debtor 1 | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hilco Industrial**<br>171 Monroe Ave NW<br>Suite 500<br>Grand Rapids, MI 49503 |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work #6 subject to a Master Services Agreement for advertising services dated June 30, 2015** | |
|---|---|---|---|
| | State the term remaining | | **Hill Holiday LLC**<br>53 State Street<br>Boston, MA 02109 |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated October 6, 2015** | |
|---|---|---|---|
| | State the term remaining | | **Hockenberg Newburgh**<br>1400 NW 100t Street<br>Clive, IA 50325 |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Security coverage of NECCO premises dated October 15, 2013** | |
|---|---|---|---|
| | State the term remaining | | **Hunter Protection Services, Inc.**<br>93 Center Street<br>Burlington, MA 01803 |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift Master Lease Agreement dated 1/18/2017** | |
|---|---|---|---|
| | State the term remaining | | **HYG Financial Services Inc.**<br>300 E. John Carpenter Freeway<br>Irving, TX 75062-2712 |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **IAB SOLUTIONS LLC**<br>233 Northern Blvd<br>Suite 2<br>Clarks Summit, PA 18411 |

Debtor 1   **New England Confectionery Company, Inc.**                                    Case number *(if known)*   **18-11217**

First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract   _____

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Adage Software Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Infor (US) Inc.** |
| | List the contract number of any government contract | _____ | **NW 7418**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-7418** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Contract dated 11/1/2011** | |
|---|---|---|---|
| | State the term remaining | | **Integro USA Inc.**<br>**dba Integro Insurance Brokers**<br>**1 State Street Plaza**<br>**9th Floor** |
| | List the contract number of any government contract | _____ | **New York, NY 10004** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement** | |
|---|---|---|---|
| | State the term remaining | | **International Union of Operating Engineers Local 877 AFL-CIO**<br>**89 Access Road**<br>**Unit 4** |
| | List the contract number of any government contract | _____ | **Norwood, MA 02062-5233** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement** | |
|---|---|---|---|
| | State the term remaining | | **International Union of Operating Engineers Local 877 AFL-CIO**<br>**89 Access Road**<br>**Unit 4** |
| | List the contract number of any government contract | _____ | **Norwood, MA 02062-5233** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Uncertificated Securities Control Agreement dated 10/27/2015** | |
|---|---|---|---|
| | State the term remaining | | **ISO New England Inc.**<br>**Attn: Mr Robert C. Ludlow**<br>**Vice President and Chief Financial Offic** |
| | List the contract number of any government contract | _____ | **One Sulliva Road**<br>**Holyoke, MA 10490-2841** |

| Debtor 1 | New England Confectionery Company, Inc. | | Case number *(if known)* | 18-11217 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Participation in the New England Power Pool to supply electric power as required** | |
|---|---|---|---|
| | State the term remaining | | **ISO New England, Inc.** |
| | List the contract number of any government contract | | **One Sullivan Road**<br>**Holyoke, MA 01040-2841** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 11/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **J MIKE ALEXANDER & ASSOC** |
| | List the contract number of any government contract | | **6400 ATHENS - BOONESBORO RD**<br>**LEXINGTON, KY 40509** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Software Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jeff-Net LLC** |
| | List the contract number of any government contract | | **17304 Preston Road**<br>**Suite80**<br>**Dallas, TX 75252** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated June 15, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Johnson, Brendan** |
| | List the contract number of any government contract | | **24 Laurel Ave.**<br>**Methuen, MA 01844** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 8/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **Kahler Senders, Inc.** |
| | List the contract number of any government contract | | **ATTN: COMMISSIONS DEPT**<br>**4706 - A 20TH STREET EAST**<br>**FIFE, WA 98424** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Prepetition Management Plan** | |
|---|---|---|---|
| | State the term remaining | | **Kapferer, Peter** |
| | List the contract number of any | | **12521 Bane Lane**<br>**Lyndonville, NY 14098** |

Debtor 1  **New England Confectionery Company, Inc.**                                    Case number *(if known)*  **18-11217**
 First Name          Middle Name              Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated June 15, 2017** | |
| | State the term remaining | | **Kredor, Theodor** |
| | List the contract number of any government contract | | **616 Ashwood Drive** **Keller, TX 76248** |
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure and IntellectualProperty Protections Agreement dated 5/12/2016** | |
| | State the term remaining | | **Leaf Brands, LLC** |
| | List the contract number of any government contract | | **47 Ocean Heights Drive** **Newport Coast, CA 92657** |
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement** | |
| | State the term remaining | | **Lodge 264 of District 15** **International Association of Machinists** **and Aerospace Workers, AFL-CIO** |
| | List the contract number of any government contract | | **107 Main Street, Suite A** **Northborough, MA 01532** |
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated November 9, 2010** | |
| | State the term remaining | | **Mahoney, Anne** |
| | List the contract number of any government contract | | **48 Collincote Street** **Stoneham, MA 02180** |
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 8/1/2013** | |
| | State the term remaining | | **Mancini, Inc.** |
| | List the contract number of any government contract | | **PO BOX 57218** **SALT LAKE CITY, UT 84157-0218** |
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Prepetition Management Plan** | **McGee, Michael** **110 Beverly Street** **Apt. 414** **Boston, MA 02114** |

| Debtor 1 | **New England Confectionery Company, Inc.** | | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | State the term remaining | |
|---|---|---|---|
| | | List the contract number of any government contract | _____ |

| **2.73.** | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mega International, LLC** |
| | List the contract number of any government contract | _____ | **c/o Michael Reinstein, Registered Agent 421 North Rodeo Drive Beverly Hills, CA 90210** |

| **2.74.** | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mill City Capital** |
| | List the contract number of any government contract | _____ | **50 S 6th St #1390 Minneapolis, MN 55402** |

| **2.75.** | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated June 9, 2017** | |
|---|---|---|---|
| | State the term remaining | | **Morabito, Diane** |
| | List the contract number of any government contract | _____ | **29 Lincoln Avenue Lynnfield, MA 01940** |

| **2.76.** | State what the contract or lease is for and the nature of the debtor's interest | **Snow Removal Contract 2016 - 2017 Season** | |
|---|---|---|---|
| | State the term remaining | | **MYSTIC LANDSCAPING** |
| | List the contract number of any government contract | _____ | **104 BOW STREET PEABODY, MA 01960** |

| **2.77.** | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated March 29, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Nasiatka, Robert** |
| | List the contract number of any government contract | _____ | **40 Armory Street Wakefield, MA 01880** |

Debtor 1      **New England Confectionery Company, Inc.**                                          Case number *(if known)*    **18-11217**
              First Name              Middle Name              Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Prepetition Management Plan** | |
|---|---|---|---|
| | State the term remaining | | **Neave, Thomas** |
| | List the contract number of any government contract | | **15 Wedgewood Ct** **Newtown, CT 06470** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement dated 9/8/2015** | |
|---|---|---|---|
| | State the term remaining | | **NECCO HOLDINGS, INC.** |
| | List the contract number of any government contract | | **135 AMERICAN LEGION HWY.** **REVERE, MA 02151** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Manufacturing and Packaging Agreement dated 7/16/2014** | |
|---|---|---|---|
| | State the term remaining | | **Nestle USA, Inc.** **North American Procurement** |
| | List the contract number of any government contract | | **800 N. Brand Blvd.** **Glendle, CA 91203** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Mutual Confidentiality, Non-Circumvention and Non-Disclosure Agreement dated 9/24/201** | |
|---|---|---|---|
| | State the term remaining | | **Nutrifusion, LLC** **9 Executive Park Rd.** |
| | List the contract number of any government contract | | **Suite A** **Hilton Head, SC 29928-4703** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated November 9, 2010** | |
|---|---|---|---|
| | State the term remaining | | **O'Brien, Neil** **160 Commandants Way** |
| | List the contract number of any government contract | | **Apt# 202** **Chelsea, MA 02150** |

Debtor 1   **New England Confectionery Company, Inc.**                                          Case number *(if known)*   **18-11217**
  _____
  First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Security Administrator to provide user information to ISO New England Security Adminitrator: Erik Paulsen, Consultant, 1528 Walnut Street, Philadelphia PA 19102** | |
|---|---|---|---|
| | State the term remaining | | **Octavia Peterson ISO New England One Sullivan Rd. Holyoke, MA 01040** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement** | |
|---|---|---|---|
| | State the term remaining | | **One Team Advisors David R. Goldenberg 1117 Sunset Ave. Jenkintown, PA 19046** |
| | List the contract number of any government contract | | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes Global Financial Services P.O. Box 371887 Pittsburgh, PA 15250-7887** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 11/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **Promark Food Industry Marketing, Inc. PO BOX 790 CARENCRO, LA 70520** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rich Thompson 315 Columbia St Bethlehem, PA 18015** |
| | List the contract number of any government contract | | |

Debtor 1 **New England Confectionery Company, Inc.**                     Case number *(if known)* **18-11217**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.88.** State what the contract or lease is for and the nature of the debtor's interest — **Non-Disclosure Agreement**

State the term remaining

List the contract number of any government contract

**RM Palmer**
**77 Second Ave**
**Reading, PA 19607**

---

**2.89.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement dated November 9, 2010**

State the term remaining

List the contract number of any government contract

**Roberts, Rhonda**
**173 Springvale Avenue**
**Everett, MA 02149**

---

**2.90.** State what the contract or lease is for and the nature of the debtor's interest — **Non-Disclosure Agreement**

State the term remaining

List the contract number of any government contract

**Smarties**
**1091 Lousons Rd**
**Union, NJ 07083**

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest — **Brokers Agreement dated 12/1/2013**

State the term remaining

List the contract number of any government contract

**Solid Gold Chocolate**
**1070 East 2nd Street**
**Brooklyn, NY 11230**

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest — **Letter Agreement dated November 9, 2010**

State the term remaining

List the contract number of any government contract

**Stokel, James**
**78 Glenville Ave Apt 1**
**Allston, MA 02134**

---

**2.93.** State what the contract or lease is for and the nature of the debtor's interest — **Non-Disclosure Agreement**

State the term remaining

List the contract number of any

**Sunrise Confections**
**1800 Northwestern Dr**
**El Paso, TX 79912**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1 **New England Confectionery Company, Inc.**
First Name  Middle Name  Last Name

Case number (*if known*) **18-11217**

<table>
<tr><td>■</td><td colspan="2">**Additional Page if You Have More Contracts or Leases**</td></tr>
<tr><td colspan="2">**2. List all contracts and unexpired leases**</td><td>**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**</td></tr>
</table>

|  |  |  |
|---|---|---|
|  | government contract |  |
| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **MERCHANDISE AND TRADEMARK LICENSE AGREEMENT dated 5/1/2016** |
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Sweet Silly's Jewelry
Heike Schuricht INVENTIONS LAB LTD
145-157 St. John Street
London EC1V4PW
ENGLAND**

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **APA Agreement of NECCO  equipment by Hershey dated December 18, 2017** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**The Hershey Company
100 Crystal A Drive
Hershey, PA 17033**

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**The Topps Company, Inc.
 2 Whitehall St
New York, NY 10004**

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Tootsie
 7401 S Cicero Ave
Chicago, IL 60629**

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**TRAFFIC AUDIT & BUREAU SERVICES INC
PO BOX 6154
Chelsea, MA 02150-0006**

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
|---|---|---|

**Transom Capital Group
100990 Wilshire Blvd
 Suite 440
Los Angeles, CA 90024**

| Debtor 1 | **New England Confectionery Company, Inc.** | | Case number *(if known)* | **18-11217** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Turnspire Capital Partners**<br> 575 Madison Ave #1006<br>**New York, NY 10022** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Union Confectionery Machinery Company**<br> 600 Mamaroneck Ave #400<br>**Harrison, NY 10528** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Brokers Agreement dated 8/1/2014** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United States Sales Corporation**<br>**PO Box 2688**<br>**Virginia Beach, VA 23450-2688** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 40044625** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Sugars Corporation**<br>**8000 West 78th Street**<br>**Suite 300**<br>**Edina, MN 55439** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 40044991** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Sugars Corporation**<br>**8000 West 78th Street**<br>**Suite 300**<br>**Edina, MN 55439** |

Debtor 1    **New England Confectionery Company, Inc.**                                         Case number (*if known*)    **18-11217**
_____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Contract No. 40045314** | |
|---|---|---|---|
| | State the term remaining | | **United Sugars Corporation**<br>**8000 West 78th Street**<br>**Suite 300**<br>**Edina, MN 55439** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentialityand Non-Disclosure Agreement dated 6/29/2016** | |
|---|---|---|---|
| | State the term remaining | | **Unreal Brands, Inc.**<br>**200 Barnum Rd.**<br>**Bristol, VT 05443** |
| | List the contract number of any government contract | | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Yildiz Holding AS**<br>**Cesme Cikmazi Sok**<br>**No 6/1  Uskudar**<br>**Istanbul**<br>**TURKEY** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement dated March 26, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Zacharewicz, Donna**<br>**115 Logan St #1**<br>**Gardner, MA 01440** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **New England Confectionery Company, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **18-11217**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy