**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**NEW ENGLAND CONFECTIONERY COMPANY, INC.**<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11217-MSH |

## JOINT MOTION TO EXTEND OBJECTION DEADLINE TO AUGUST 31, 2018

Harold B. Murphy, as he is the Chapter 11 trustee (the "Chapter 11 Trustee") of the Estate of New England Confectionery Company, Inc. (the "Debtor"), and ACAS LLC, (the "Lender") move that this Court amend its Order of May 3, 2018 [Doc. 133], by deleting August 17, 2018, and inserting August 31, 2018, as the Objection Date. Notwithstanding the foregoing, the parties agree that the deadline for all Rule 2004 discovery to be conducted by the Chapter 11 Trustee shall remain August 17, 2018.

In support of their joint motion, the parties state that due to scheduling conflicts, the Rule 2004 Examinations to be conducted by the Chapter 11 Trustee of individuals designated by the Chapter 11 Trustee for examination could not be scheduled prior to August 14, 2018 and August 16, 2018. Accordingly, in order for the Chapter 11 Trustee to have an opportunity to review the transcripts from these examinations and adequately consider the information obtained prior to the expiration of the Objection Date, the parties have agreed that the final Order establishing the Objection Date can be amended by deleting August 17, 2018 as the Objection Date and inserting therefor August 31, 2018 as the "Objection Date" by which the Chapter 11

Trustee can commence an appropriate proceeding to challenge the Lender's claim or assert causes of action against the Lender (as that term is defined in the final Order).

| | |
|---|---|
| **HAROLD B. MURPHY,** **Chapter 11 Trustee** | ACAS, LLC |
| By his attorneys, | By its attorneys, |
| */s/ Charles R. Bennett, Jr.* | */s Daniel C. Cohn* |
| Charles R. Bennett, Jr. (BBO #037380) | Daniel C. Cohn |
| MURPHY & KING, Professional Corporation | MURTHA CULLINA |
| One Beacon Street | 99 High Street |
| Boston, Massachusetts 02108-3107 | Boston, MA 02110 |
| Tel: (617) 423-0400 | Tel: (617) 457-4000 |
| cbennett@murphyking.com | dcohn@murthalaw.com |

Dated: August 2, 2018

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on August 2, 2018, I caused a copy of the foregoing joint motion to be filed through the CM/ECF system and served electronically upon all parties entitled to notice thereunder.

/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr.

746146