Dated: 4/28/2021

Allowed, as follows: As to "the holders of Disputed Claims," as that phrase is defined in this motion, the May 4, 2021 hearing on the trustee's first omnibus objection will be rescheduled via separate notice, and the affected claimants' response deadline will be extended to a date that is 10 days prior to the rescheduled hearing date.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11217 (MSH) |

**ASSENTED-TO MOTION TO RESCHEDULE HEARING AND
EXTEND RESPONSE DEADLINE REGARDING OBJECTIONS TO CLAIMS**
(**Expedited Determination Requested**)

Harold B. Murphy, the Chapter 7 trustee (the "**Trustee**") of the Estate of New England Confectionery Company, Inc. (the "**Debtor**"), hereby moves for an order (i) rescheduling the currently scheduled May 4, 2021 hearing on the objections to the Disputed Claims (as defined below) contained in the Trustee's Omnibus Objection to Claims [docket no. 854] (the "**Omnibus Objection**") for a period of approximately thirty (30) days, and (ii) extending the deadline for holders of Disputed Claims to respond to the Omnibus Objection through and including a date ten (10) days prior to the newly scheduled hearing date. In further support of this assented-to motion, the Trustee states as follows:

1. On March 19, 2021, the Trustee filed the Omnibus Objection objecting to twenty four (24) claims against the Debtor on various grounds. The Court scheduled a hearing on the Omnibus Objection for May 4, 2021 at 10:00 a.m. and established a deadline to respond to the Omnibus Objection of April 19, 2021 at 4:30 p.m.

2. Certain creditors holding objected to claims including, without limitation, the holders of the following claims: Aramark Uniform & Career Apparel [Claim No. 124], Crown Equipment Corporation [Claim No. 93], International Association of Machinists [Claim No. 142], Kraft Power Corp. [Claim No. 25], and New England Sugars [Claim No. 86] (collectively,

the "**Disputed Claims**") have conferred with the Trustee and exchanged documents and other materials with the Trustee in an attempt to resolve the Trustee's objections to the Disputed Claims.

3. The deadline for holders of Disputed Claims to respond to the Omnibus Objection was subsequently extended to April 28, 2021 [docket no. 882].

4. The Trustee and the holders of Disputed Claims require additional time to review information and determine whether agreement regarding the allowance of the Disputed Claims may be reached.

5. Each holder of a Disputed Claim has reviewed this motion and assented-to its filing. Certain of the holders of Disputed Claims are represented by counsel, but others are not.

6. Because the current deadline for holders of Disputed Claims respond to the Omnibus Objection is less than two business days from the date of this motion, the Trustee requests expedited determination of this motion.

*[Remainder of Page Intentionally Left Blank]*