

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

NEW ENGLAND CONFECTIONERY COMPANY, INC.,
    Debtor

Ch. 7

18-11217-MSH

## Proceeding Memorandum and Order

**MATTER:**
Video Hearing: #854 First Omnibus Objection of Chapter 7 Trustee to Claims

**Decision set forth more fully as follows:**
Video hearing held.

To permit the chapter 7 trustee an opportunity to address service issues, the hearing on the trustee's omnibus objection as to claim nos. 51, 150, 171, and 185 will be rescheduled via separate notice, which notice will also include a new response deadline for the affected claimants. The hearing on the trustee's omnibus objection as to claim no. 64 is continued generally based upon the trustee reporting the matter as having been settled.

As to the remaining claims that were the subject of the trustee's omnibus objection and that have not otherwise been addressed in this order or in a prior order to continue the matters, no responses having been filed, the trustee's recommendations as set forth in his report and hearing agenda (ECF No. 902) are adopted. The trustee shall file a revised proposed order and shall also submit a copy in Word format to msh@mab.uscourts.gov.

Dated: 5/4/2021

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge