# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> NEW ENGLAND CONFECTIONERY COMPANY, INC. <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-11217-MSH |

## ORDER REGARDING OMNIBUS OBJECTION TO CLAIMS

This matter having come before the Court on the *First Omnibus Objection to Claims by Chapter 7 Trustee* [docket no. 854] (the "**Omnibus Objection**")[1] filed by Harold B. Murphy, the Chapter 7 Trustee of New England Confectionery Company, Inc. (the "**Trustee**"); the Trustee having duly served the Omnibus Objection [docket no. 856, 857]; the Court having issued a notice of non-evidentiary hearing with respect to the Omnibus Objection [docket no. 858]; due notice of the scheduled hearing on the Omnibus Objection, including the response deadline with respect thereto, having been given by the Trustee [docket no. 862]; one response to the Omnibus Objection having been filed [docket no. 853]; the Trustee having filed a report and hearing agenda pursuant to Massachusetts Local Bankruptcy Rule 3007-1 with respect to the Omnibus Objection; the Court having jurisdiction over the Omnibus Objection pursuant to 11 U.S.C. § 1334; the Omnibus Objection being a core matter pursuant to 28 U.S.C. § 157(b)(2)(B); and due cause appearing therefor, it is hereby ORDERED that:

- Claim No. 133 of ADDCO Incorporated is hereby disallowed and expunged;

---

[1] Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Omnibus Objection.

- Claim No. 14 of Co-Sales Northern Calif. is hereby disallowed and expunged;

- Claim No. 145 of Customized Energy Solutions is hereby allowed as a non-priority unsecured claim in the amount of $51,278.12;

- Claim No. 163 of Dillon Boiler Services Co., Inc. is hereby disallowed and expunged;

- Claim No. 57 of Dynamic Packaging is hereby allowed as a non-priority unsecured claim in the amount of $14,463.00;

- Claim No. 117 of Great Northern Insurance Co. is hereby disallowed and expunged;

- Claim No. 27 of Hockenburg Newburgh Sales and Marketing is hereby allowed as a non-priority unsecured claim in the amount of $4,989.72;

- Claim No. 66 of Industrial Silo Source Inc. is hereby allowed as a non-priority unsecured claim in the amount of $29,172.66;

- Claim No. 3 of Mancini Sales & Marketing is hereby allowed as a non-priority unsecured claim in the amount of $22,086.82;

- Claim No. 90 of McIntosh Box & Pallet Co. Inc. is hereby allowed as a non-priority unsecured claim in the amount of $19,243.90;

- Claim No. 164 McIntosh Box & Pallet Co. Inc. is hereby disallowed and expunged;

- Claim No. 91 of Michael J. Kelley is hereby disallowed and expunged; and

- Claim No. 129 of Sixto Packaging Managing Agent is hereby allowed as a non-priority unsecured claim in the amount of $76,782.87.

Dated: May 5, 2021

_____
Melvin S. Hoffman
United States Bankruptcy Judge