**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>NEW ENGLAND CONFECTIONERY<br>COMPANY, INC.<br><br>                    Debtor. | Chapter 7<br><br>Case No. 18-11217-MSH |

**ORDER APPROVING MOTION BY CHAPTER 7 TRUSTEE TO MAKE
INTERIM DISTRIBUTION TO CREDITORS**

This matter having come before the Court on the *Motion by Chapter 7 Trustee for Authority to Make Interim Distribution to Creditors* [docket no. 864] as amended [docket no. 899] (the "**Distribution Motion**")[1] filed by Harold B. Murphy, the Chapter 7 Trustee of New England Confectionery Company, Inc. (the "**Trustee**"); the Trustee having duly served the Distribution Motion [docket no. 871]; the Court having issued a notice of non-evidentiary hearing with respect to the Distribution Motion [docket no. 869]; due notice of the scheduled hearing on the Distribution Motion, including the response deadline with respect thereto, having been given by the Trustee [docket no. 870]; no objections to the Distribution Motion having been filed; the Trustee having filed an expedited motion to amend the proposed distribution [docket no. 899] (the "**Amendment**"); the Court having issued notice of non-evidentiary hearing with respect the proposed Amendment [docket no. 900]; due notice of the proposed Amendment and the scheduled hearing on the proposed Amendment, including the response deadline with respect thereto, having been given by the Trustee [docket no. 901]; no objections to the proposed Amendment having been filed; the Court having jurisdiction over the Distribution Motion

---

[1] Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Distribution Motion.

pursuant to 11 U.S.C. § 1334; the Distribution Motion being a core matter pursuant to 28 U.S.C.

§§ 157(b)(2)(A) and (O); and due cause appearing therefor, it is hereby ORDERED that the

Distribution Motion is granted as set forth in this Order and the Trustee is authorized to:

a.   Pay the interim commission, compensation, and expenses of the Chapter 7
     Trustee and Murphy & King, Professional Corporation, as counsel to the Chapter
     7 Trustee, as allowed by the Court;

b.   Pay, in full, the allowed Chapter 11 administrative claims set forth on <u>Exhibit A</u>
     to this Order;

c.   Pay, in full, the final commission, compensation, and expenses of the Chapter 11
     Trustee, Murphy & King, Professional Corporation, as counsel to the Chapter 11
     Trustee, Verdolino & Lowey, P.C., as financial adviser to the Chapter 11
     Trustee, and Huron Consulting Services LLC, as litigation consultant to the Chapter 11
     Trustee, as allowed by the Court;

d.   Pay, in full, the allowed priority claims set forth on <u>Exhibit A</u> to this Order;

e.   Make an interim distribution to the holders of allowed unsecured, non-priority
     claims as set forth on <u>Exhibit B</u> to this Order; and

f.   Make interim distributions to holders of filed claims denoted by an asterisk (*) on
     the Proposed Distribution and holders of filed claims not included in the Proposed
     Distribution, when such claims are finally allowed, in accordance with the
     Proposed Distribution.

Dated: May 5, 2021

_____
Melvin S. Hoffman
United States Bankruptcy Judge

# EXHIBIT A

## Chapter 7 Professional Fee Requests

| Name | Requested Amount | Interim Payments to Date | Proposed Distribution |
|------|------------------|--------------------------|------------------------|
| Harold B  Murphy, Chapter 7 Trustee | $225,000 00 | $0 00 | $225,000 00 |
| Murphy & King, Counsel to Trustee Harold B  Murphy | $831,883 00 | $0 00 | $831,883 00 |
| **TOTAL:** | **$1,056,883.00** | **$0.00** | **$1,056,883.00** |

## Chapter 11 Trustee Professional Requests

| Name | Requested Amount | Interim Payments to Date | Proposed Distribution |
|------|------------------|--------------------------|------------------------|
| Murphy & King, Counsel to Trustee Harold B  Murphy | $1,774,528 46 | $575,000 00 | $1,199,528 46 |
| Harold B  Murphy, Chapter 11 Trustee | $431,947 20 | $251,116 50 | $180,831 70 |
| Verdolino & Lowey, Trustee's Financial Advisor | $454,516 43 | $154,372 72 | $300,143 71 |
| Huron Consulting Group, Litigation Consultants | $215,000 00 | $0 00 | $215,000 00 |
| **TOTAL:** | **$2,875,992.09** | **$980,489.22** | **$1,895,503.87** |

## Chapter 11 United States Trustee Fees / Creditors' Committee and Debtor's Counsel Fees

| Name | Allowed Amount | Interim Payments to Date | Proposed Distributions |
|------|----------------|--------------------------|-------------------------|
| Sheehan, Phinney, Bass & Green PA, Counsel to the Official Committee of Unsecured Creditors | $86,520 48 | $28,238 98 | $58,281 50 |
| United States Trustee Fees | $16,109 22 | $0 00 | $16,109 22 |
| Burns & Levinson LLP | $67,666 39 | $0 00 | $67,666 39 |
| **TOTAL:** | **$170,296.09** | **$28,238.98** | **$142,057.11** |

## Chapter 11 §§ 503(b)(3), (b)(4), and (b)(9) Claims

| Name | Requested Amount | Interim Payments to Date | Proposed Distribution |
|------|------------------|--------------------------|------------------------|
| Americfraft Carton, Inc | $34,627 17 | $0 00 | $34,627 17 |
| Genpro, Inc | $34,421 34 | $0 00 | $34,421 34 |
| General Converting, Inc | $12,151 66 | $0 00 | $12,151 66 |
| United Sugars Corporation | $119,641 49* | $0 00 | $119,641 49 |
| United Cocoa | $61,690 00 | $0 00 | $61,690 00 |
| Cargill | $32,000 00* | $0 00 | $32,000 00 |
| **TOTAL:** | **$294,531.66** | **$0.00** | **$294,531.66** |

## Pre-Petition Priority Claims - § 507(a)

| Name / Claim No. | Allowed Amount | Interim Payments to Date | Proposed Distribution |
|------------------|----------------|--------------------------|------------------------|
| The Ohio Department of Taxation / 70 | $25,670 49 | $0 00 | $25,670 49 |
| Mass D E T  / 106 | $27,508 32 | $0 00 | $27,508 32 |
| United Cocoa / 115 | $62,117 43* | $0 00 | $62,117 43 |
| Mass Department of Revenue / 137 | $13,425 49 | $0 00 | $13,425 49 |
| WA Department of Revenue / 147 | $9,708 71 | $0 00 | $9,708 71 |
| **TOTAL:** | **$138,430 44** | **$0.00** | **$138,430.44** |

*Pending Claim Allowance

**EXHIBIT B**
**General Unsecured Claims**

| Claim No. | Name | Claim Amount | Proposed Allowed Amount | Distribution |
|---|---|---|---|---|
| 4 | One Team Advisors | $9,359.56 | $9,359.56 | $3,650.23 |
| 6 | International Molasses | $18,505.05 | $18,505.05 | $7,216.97 |
| 7 | American Holt Corp. | $1,306.42 | $1,306.42 | $509.50 |
| 8 | Fona International Inc. | $17,600.43 | $17,600.43 | $6,864.17 |
| 10 | IFC Solutions, Inc. | $62,343.60 | $62,343.60 | $24,314.00 |
| 11 | Ungerer & Company | $9,753.78 | $9,753.78 | $3,803.97 |
| 12 | Eastern Packaging | $12,989.90 | $12,989.90 | $5,066.06 |
| 13 | Bay State Pallet Co., Inc. | $18,002.40 | $18,002.40 | $7,020.94 |
| 15 | Atlantic Millwrights, Inc. | $47,525.00 | $25,000.00* | $9,750.00 |
| 16 | Neogen Corp. | $4,262.76 | $4,262.76 | $1,662.48 |
| 17 | New England Motor Freight | $516,534.24 | $516,534.24 | $201,448.35 |
| 18 | Accutech Packaging | $16,130.64 | $16,130.64 | $6,290.95 |
| 19 | Mayfield Transfer | $18,603.27 | $18,603.27 | $7,255.28 |
| 21 | American Gelatin Co. | $30,000.00 | $30,000.00 | $11,700.00 |
| 22 | The M. A. Patterson Co. | $5,097.50 | $5,097.50 | $1,988.03 |
| 23 | Freeman Expositions, LLC | $3,511.79 | $3,511.79 | $1,369.60 |
| 24 | CoMax Manufacturing | $23,475.16 | $23,475.16 | $9,155.31 |
| 26 | DSG Solutions, LLC | $10,109.42 | $10,109.42 | $3,942.67 |
| 28 | Mantrose Hauser | $36,520.00 | $36,520.00 | $14,242.80 |
| 29 | Howell's Motor Freight | $49,672.96 | $49,672.96 | $19,372.45 |
| 30 | Oxford Graphics | $31,112.30 | $31,112.30 | $12,133.80 |
| 31 | Parker Ingredients, LLC | $15,711.30 | $15,711.30 | $6,127.41 |
| 32 | Maltz Sales | $1,782.83 | $1,782.83 | $695.30 |
| 33 | Setterstix | $8,399.73 | $8,399.73 | $3,275.89 |
| 34 | Molecular Systems of N.E., Inc. | $253.90 | $253.90 | $99.02 |
| 35 | US Plastics | $15,841.00 | $15,841.00 | $6,177.99 |
| 36 | Sweeteners Plus, Inc. | $124,106.65 | $80,000.00* | $31,200.00 |
| 37 | Casella Waste | $1,993.75 | $1,993.75 | $777.56 |
| 38 | R&L Carriers, Inc. | $54,606.00 | $54,606.00 | $21,296.34 |
| 39 | GenPro Inc. | $493,722.46 | $493,722.46 | $192,551.76 |
| 41 | Amp Rose (A.M. Packaging) | $14,503.50 | $14,503.50 | $5,656.37 |
| 42 | American Express Travel | $1,598.90 | $1,598.90 | $623.57 |
| 43 | Flavorchem Corp. | $5,656.58 | $5,656.58 | $2,206.07 |
| 44 | Food Ingrediet Solutions, LLC | $4,325.32 | $4,325.32 | $1,686.87 |
| 45 | Brooks Peanut Co. | $141,284.00 | $141,284.00 | $55,100.76 |
| 46 | Staples | $14,727.10 | $14,727.10 | $5,743.57 |
| 47 | Traffic Audit & Bureau | $1,910.00 | $1,910.00 | $744.90 |
| 48 | New England Wooden Ware Corp. | $598,277.07 | $570,000.00* | $222,300.00 |
| 49 | Pinnacle Business | $4,777.35 | $4,777.35 | $1,863.17 |
| 50 | Coyote Logistics LLC | $15,600.00 | $15,600.00 | $6,084.00 |
| 52 | McMaster-Carr Supply Co. | $3,876.53 | $3,876.53 | $1,511.85 |
| 53 | MOI Foods, LLC | $53,544.36 | $53,544.36 | $20,882.30 |
| 54 | Admiral Packaging, Inc. | $684.00 | $684.00* | $266.76 |
| 55 | Specialized Plastics, Inc. | $77,896.20 | $77,896.20 | $30,379.52 |
| 56 | Nestle USA | $19,553.00 | $19,553.00 | $7,625.67 |
| 58 | American Packaging | $33,173.91 | $33,173.91 | $12,937.82 |
| 59 | MEMIC INDEMNITY CO. | $19,479.00 | $19,479.00 | $7,596.81 |
| 60 | Arrow Paper | $2,768.79 | $2,768.79 | $1,079.83 |
| 61 | Jackson Lewis | $10,383.60 | $10,383.60 | $4,049.60 |
| 67 | Terrill Transportation Inc. | $39,416.04 | $39,416.04 | $15,372.26 |
| 68 | LCL Bulk Transport Inc. | $2,384.78 | $2,384.78 | $930.06 |
| 69 | Citrus & Allied Essences Ltd. | $10,490.71 | $10,490.71 | $4,091.38 |

| | | | | |
|---|---|---|---|---|
| 70 | The Ohio Department of Taxation | $1,932.00 | $1,932.00 | $753.48 |
| 71 | Shrink Packaging Systems Corp. | $51,639.95 | $51,639.95 | $20,139.58 |
| 72 | Ecoplast LLC | $32,192.77 | $32,192.77 | $12,555.18 |
| 75 | Tanis Confectionery BV | $17,750.00 | $17,750.00 | $6,922.50 |
| 76 | Essex Food Ingredients | $39,718.75 | $39,718.75 | $15,490.31 |
| 77 | Birdsong Peanut | $129,866.00 | $25,000.00* | $9,750.00 |
| 78 | Pitney Bowes Inc. | $4,854.83 | $4,854.83 | $1,893.38 |
| 79 | Packaging Corporation | $2,740.20 | $2,740.20 | $1,068.68 |
| 80 | Data Council LLC | $1,908.00 | $1,908.00 | $744.12 |
| 81 | Team Express, Inc. | $170,956.00 | $170,956.00 | $66,672.84 |
| 82 | Silesia Flavors Inc. | $2,031.60 | $2,031.60 | $792.32 |
| 83 | Bluegrass Proteins Inc. | $37,037.28 | $37,037.28 | $14,444.54 |
| 84 | Ding-A-Ling Answering Service | $1,505.54 | $1,505.54 | $587.16 |
| 87 | RECCO Inc. | $2,843.00 | $2,843.00 | $1,108.77 |
| 88 | AHOLD USA | $6,719.68 | $6,719.68 | $2,620.68 |
| 89 | Fastenal Co. | $2,420.02 | $2,420.02 | $943.81 |
| 92 | Ipsumm, Inc. | $9,310.00 | $9,310.00 | $3,630.90 |
| 94 | Northrup Printing | $1,966.60 | $1,966.60 | $766.97 |
| 96 | Americraft Carton, Inc. | $594,693.52 | $594,693.52 | $231,930.47 |
| 97 | WW Grainger | $4,128.54 | $4,128.54 | $1,610.13 |
| 98 | General Converting Inc. | $509,168.35 | $509,168.35 | $198,575.66 |
| 104 | Industrial Sales and Distribution | $30,609.42 | $30,609.42 | $11,937.67 |
| 107 | Astro Chemicals Inc. | $16,010.00 | $16,010.00 | $6,243.90 |
| 108 | IAB Solutions LLC | $2,682.82 | $2,682.82 | $1,046.30 |
| 109 | CJ Irwin Company Inc. | $21,877.50 | $21,877.50 | $8,532.23 |
| 110 | SimplexGrinnell | $20,038.40 | $20,038.40 | $7,814.98 |
| 111 | Warren Pike Associates | $3,987.14 | $3,987.14 | $1,554.98 |
| 112 | Dennis K. Burke Inc. | $4,205.59 | $4,205.59 | $1,640.18 |
| 116 | United Cocoa | $212,812.37 | $212,812.37* | $82,996.82 |
| 118 | Abbott Construction & Landscaping | $2,192.50 | $2,192.50 | $855.08 |
| 119 | Verndale Products Inc. | $92,084.00 | $92,084.00 | $35,912.76 |
| 120 | Cargill, Inc. | $334,108.42 | $334,108.42* | $130,302.28 |
| 121 | Ungermans | $532,278.50 | $467,278.50* | $182,238.62 |
| 122 | Godwin Associates LLC | $12,995.10 | $12,995.10 | $5,068.09 |
| 125 | Cambridge Public Health Comm | $8,410.00 | $8,410.00 | $3,279.90 |
| 128 | Trelfa Labs Inc. | $14,720.00 | $14,720.00 | $5,740.80 |
| 130 | New England Controls Inc. | $2,450.50 | $2,450.50 | $955.70 |
| 132 | Redtail Solutions Inc. | $8,036.98 | $8,036.98 | $3,134.42 |
| 136 | Walmart Stores Inc. | $2,315.84 | $2,315.84 | $903.18 |
| 140 | Burdette Beckman | $682,977.00 | $635,000.00* | $247,650.00 |
| 141 | Tim LeBlanc dba Mystic Landscaping | $22,165.00 | $22,165.00 | $8,644.35 |
| 143 | National IAM Benefit Trust Fund | $586.60 | $586.60 | $228.77 |
| 144 | 81 Cambridge Turnpike | $729.00 | $729.00 | $284.31 |
| 146 | Beacon United Cincinnati | $17,412.00 | $17,412.00 | $6,790.68 |
| 147 | WA Department of Revenue | $5,986.60 | $5,986.60 | $2,334.77 |
| 149 | FedEx Corporate Services Inc. | $12,954.00 | $12,954.00 | $5,052.06 |
| 166 | Beck Flavors | $51,959.00 | $51,959.00* | $20,264.01 |
| 167 | Cyber Graphics LLC | $12,917.00 | $12,917.00* | $5,037.63 |
| 168 | Capol LLC | $49,056.00 | $49,056.00* | $19,131.84 |
| 169 | Middlesex Gases & Technologies | $3,874.98 | $3,874.98 | $1,511.24 |
| 170 | Delande Supply Co Inc. | $1,556.38 | $1,556.38 | $606.99 |
| 172 | Ding-A-Ling Answering Service | $1,308.00 | $1,308.00 | $510.12 |

| | | | | |
|---|---|---|---|---|
| 173 | American Refrigeration Co Inc. | $4,340.00 | $4,340.00 | $1,692.60 |
| 174 | Hunter Protective Services Inc. | $28,846.23 | $28,846.23 | $11,250.03 |
| 175 | Harpers Payroll Service | $1,385.00 | $1,385.00 | $540.15 |
| 177 | TIC Gums Inc. | $20,640.00 | $20,640.00 | $8,049.60 |
| 178 | AAK USA | $262,920.33 | $262,920.33 | $102,538.93 |
| **TOTALS:** | | **$6,863,955.37** | **$6,551,203.65** | **$2,554,969.42** |
| * Pending  Claim Allowance | | | | |