**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>NEW ENGLAND CONFECTIONERY COMPANY, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11217 (MSH) |

**ASSENTED-TO MOTION TO FURTHER EXTEND RESPONSE
DEADLINE REGARDING CLAIM OBJECTION**
(Request for Emergency Determination)

Carlin O'Brien, Inc. k/n/a Carlin Group ("Carlin"), with the assent of Harold B. Murphy, the Chapter 7 trustee (the "Chapter 7 Trustee") of the Estate of New England Confectionery Company, Inc. (the "Debtor"), hereby moves for an order further extending the deadline for Carlin to respond to the Chapter 7 Trustee's objection the claim of Carlin [Docket No. 854] (the "Claim Objection") for a period of thirty (30) days or ten (10) days prior to the newly scheduled hearing date, whichever is later. In further support hereof, Carlin states as follows:

1. Carlin has filed a proof of claim, asserting an unsecured claim of $236,531.52 (Claim No. 180-1) (the "Carlin Claim").

2. On March 19, 2021, the Chapter 7 Trustee filed the Claim Objection, seeking to reduce the Carlin Claim to an amount consistent with the Debtor's books and records ($154,571.34). A response deadline of May 19, 2021 has been established and a hearing has been scheduled for May 25, 2021.

3. Carlin and the Chapter 7 Trustee have conferred and exchanged materials and have agreed to reschedule the hearing date and further extend the time for Carlin to respond to the Claim Objection so that they may attempt to resolve the matter.

{S1887046.1}

Dated: 5/19/2021

Allowed, as follows: As to the claim of Carlin O'Brien, Inc., which the trustee has objected to in his first omnibus objection, the May 25, 2021 hearing on the trustee's first omnibus objection will be rescheduled via separate notice, and the affected claimant's response deadline will be extended to a date that is 10 days prior to the rescheduled hearing date.